Case: 1:22−cv−02123 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/19/2022
Description: Pro Se Gen. Civ. (F−DECK)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

Roger Shekar ,                                              )
              Plaintiff ,                        )
   v.                                                   )   **Action under 42 U.S.C Section 1983;**
                              )   **Civil Damages for criminal violation of**
James Duff, Anthony Scirica, Rebecca Pallmeyer,  )   **Hobbs Act;**
Frank Easterbrook, Diane  Sykes,                     )   **Civil Damages  for**
Diane Wood, Sarah Schrup, Collins Fitzpatrick,   )   **Criminal extortion;  Case fixing ;**
Michael Kanne, Ruben Castillo, a/k/a El Chapo    )
Guzman a/k/a/ Joaquín Archivaldo Guzmán,a/k/a   )   **Civil Damages for criminal**
fugitive felon, Ronald Guzman,                        )   **violations of EAJA;**
 Sharon Coleman,  Robert  Gettleman,             )   **Civil Damages for criminal violations of**
Sheila Finnegan, Amy Coney Barrett,               )   **HIPAA  Privacy Act**
 James Richmond,, Gino Agnello, Christopher       )
 Conway, Thomas  Bruton, Lorenzo Walker,          ) **2100  counts of Defamation ,(and counting)**
 Tiana Davis , Catrina Livermore, Gino Agnello,   )   **other Tort claims**
Jason Wojdylo, Thomas Walsh,                         )   **Civil   Damages  for Racial Profiling**
Christopher Dammons, Staff Attorney Jane Doe of  )
Seventh Circuit  as an individual, Staff Attorney,   )   **Damages for**
John Doe , Prose clerk 1  of Seventh circuit,       )   **Criminal violations of**
Annette Panter, Steve Gilman, a/k/a "henchman"   )   **First Amendment Rights ,**
 of defendant Gettleman,                             )   **Fourteenth Amendment Rights**
Emmerson Buie, Michael.E. Horowitz,               )
Maureen Merin, John Lausch, Donald Washington, )
Stephen Linder- **a Federal Grand Jury Indicted,** )   **Title 18 U.S. Code § 873 Blackmail**
**Federal Jury convicted felon** and '*hitman*' hired )   **Criminal Extortion**
**By defendants  Pallmeyer, Bruton, Castillo,** )
**Easterbrook ,** to murder the Plaintiff,            )   **Damages  under The Title  18**
                              )   **U.S. Code § 2261**
               Defendants.        )   **TWELVE PERSON JURY DEMAND**
                             )**Damages sought: 1656 Million dollars**
                            ) **Punitive Damages**: **3515 Million dollars**
                            ) against each individual defendants collectively

---

## COMPLAINT AT LAW

Plaintiff, Roger Shekar , an American citizen,  sue the named defendants as **individuals**

for their malicious, deliberate , vicious ,intentional tort acts , including *criminal acts* committed

against the Plaintiff as narrated in this law suit. United States is not  defendant .

1

The defendants are sued as any *other individuals*  *who committed intentional , malicious tort acts* against another citizen. Any inappropriate appearances by any U.S attorney office  to any of the defendants at the American tax payers expense /monies , as the defendants acts are not eligible for such free defense; the tort acts and other violations are not related to  any judicial duties, administration or otherwise.

Any inappropriate appearances and  free defense abusing  tax payers monies   by any DOJ attorney for the defendants will be vigorously objected with *Memorandum of Law* and supported with    U.S .Supreme court  authorities and will be filed to support  disqualification of any DOJ counsel, appearing for any defendants .

Defendants Duff,  Scirica , Horowitz  .Washington are residents of Washington, D.C and have oversight , supervisory , disciplinary and criminal referral authority over other defendants . Plaintiff also seeks a  referral to Senate Judiciary committee for impeachment and removal of defendants *clothed in black robe* especially judicial hooligans and terrorists -Rebecca Pallmeyer, Frank Easterbrook, Diane Sykes, Diane Wood, Michael Kanne , Sheila Finnegan, Robert Gettleman,  Ronald Guzman, Sharon Coleman and criminal referral to USDOJ ,  and who all come under the authority and supervision of defendant Anthony Scirica who reports to Chief Justice Roberts as Chairman of the  Judicial conference of the United Sates Courts . Defendant Scirica and Duff are appointed by the chief justice of Supreme court  to report to Chief Justice Roberts as to judicial abuses,  judicial anarchy,  judicial dictatorship,  Felony  crimes in the name of *unqualified and unavailable  judicial immunity* , which included extortion; case fixing; bribery . Defendant Duff  appointed by the chief justice of Supreme court  to report to Chief Justice Roberts as to report Chief Justice Roberts as to  clerks'  and defendants    Bruton, Conway, Agnello , Conway, Schrup, Walker, Livermore, Davis, Richmond, pro se clerk of their  criminal

acts committed in their employment which are not  immune  as such acts are malicious, wanton

and does not  as *scope of their  employment* .Such criminal acts by the said defendants include

Felony criminal obstruction of justice; discrimination; extortion; fraud; felony theft by

conversion of certain filing fees (Bruton) .Defendant Duff is reported of the abuses  by the clerks

under his Supervision seeking  termination of employment  and criminal referral to USDOJ of

the defendant clerks  for felony extortion, felony ransom, felony   harassment by Thomas Bruton,

Christopher Conway,  Gino Agnello, Lorenzo Walker, Tiana Davis, Catrina Livermore , Gino

Agnello, Pro se clerk 1 of seventh circuit, Sarah Schrup , who all come under the  supervision of

defendant James Duff.

## I.    BACKGROUND FACTS

In the year 2012   a so called "Executive Committee Order"  ("ECO") a product of

criminal collusion, criminal conspiracy by a retired judicial terrorist James Holderman was

'egged' and 'masterminded' in collision with a sitting Judge Dow.

The criminal intent and motive behind the ECO by Dow and Holderman  is due to Plaintiff

filed a Petition in 2012 with Chief Justice John Roberts Jr.,  of the  United States Supreme Court for

a *Referral* for an Act of  Congress for  impeachment and removal of Judge Dow .  This is not  a

secret as the filings made in Supreme court is  a public document as it was attached as part of an

Exhibit to a Motion to Recuse Dow  in a 42 U.S Section 1983  Civil rights case filed by this

Plaintiff  which was before Judge Dow where defendants included corrupt crooks ,white collar

criminals . and politicians in public office

The Exhibit attached to the Motion to Recuse Dow in 2012 case, also made references

to a (now deceased) convicted Federal felon, a *child molester* and *pedophile* former Speaker

Dennis Hastert who served time in Federal Prison and  who as a Congressman at the  time when

he recommended    Robert Dow to the Bench. Besides , there are other  Exhibits to Motion to

recuse , including  Exhibit J -  transcripts of Senate confirmation hearing where the then *attorney*

Mr. Dow *was grilled and drilled  as to his discrimination* of a  *handicapped* golf player  who

brought a discrimination  law suit  against the Golf Association for disallowing him from using the

Golf cart. Dow represented the Golf Association.

---

Excerpts  of Senate hearing -   Exhibit J of Motion to Recuse Judge Dow in the Plaintiff Civil
rights case:
"**Senator Durbin:** Mr. Dow**,** In the year 2000, you helped to write a brief in a high-profile Supreme Court
case involving the question of whether it was a reasonable accommodation under the  Americans With
Disabilities Act to permit  a disabled golfer  to  use a golf cart instead of having to walk. You took the
position on behalf of your client, the U.S. Golf Association, that Casey Martin, **the disabled golfer,  should
not have a right to this accommodation.** In your  argument, **you took a narrow view of the Americans
With  Disabilities Act. You lost that case by a vote of   7 to 2** ( in United States Supreme court)     Only
the two most conservative justices, Scalia and Thomas,  accepted your reading of the ADA. The seven-
person majority,  which included Chief Justice Rehnquist, wrote: ``It would be  inconsistent with the literal
text of the statute as well as
its expansive purpose to read Title III's coverage...any less  broadly.''

I'd like to ask you if it is your general view that Federal  Civil rights statutes should be ready narrowly or
expansively. Circuit case that Casey Martin was the plaintiff in. ?"

---

Upon seeing the Supreme court filing for Impeachment in 2012  which as a

requirement was noticed to Dow,  and attached as Exhibit and other Exhibits to the Motion to

Recuse , Dow and  Holderman, *egged and hatched*  an evil conspiracy,  a <u>tarnishing campaign

against the Plaintiff,  colluded, conspired and fabricated a vicious , slanderous and libelous story

which became the so called abusive Executive Committee Order, 12-cv-1698 ,</u>  The ECO which

besides being  <u>unconstitutional ,</u> disabled  electronic filing to protect the abuses by  Dow against

this Plaintiff in the 2012  Civil rights case.

Additionally, out of the nine cases <u>viciously cited</u>  in the 'mickey mouse' executive

committee order  *<u>five are</u> <u>re-filing within one year</u>* after  voluntarily dismissal without prejudice by

the Plaintiff.  But   the ECO viciously  and deliberately drafted  by scorpion 'law clerks' to make it

look *like independent cases* just to *unjustly multiply  as if many cases filed* ,   as part of the *tarnishing campaign ;* to engage in  deliberate due  process violation by the former 'chief thug' Holderman.

Additionally ,  plaintiff  never <u>had any aliases</u> as he has nothing to hide. But  the judicial crook Holderman  with  aid and assistance from Dow,  and in order  to *dirty up*  and defame the plaintiff  , made it look like several  *aliases*  were used in the cases,  whereas  the *surname* on the cases never changed ;  the first or middle name used in certain cases due to the way the underlying contract which was breached by the defendants  was written which became subject of the litigation . The  perverted ,sadist evil  Holderman in collusion with Dow , also created new *aliases* and named an entity  CEGA ,  viciously naming as  *alias* of the plaintiff  and maliciously *libeled and  altered*  in the  'mickey mouse'  executive committee order "CEGA/a/k/a Shekar" !  Both  Holderman and  Dow knew CEGA is an entity  which stands for **C**itizens for **E**thical **G**overnment and **A**ccountability (for which Plaintiff Mr. Shekar is the Founder-Chairman) .  CEAG is  an activist, democratic organization  created for advancement of Civil Rights, Constitutional Rights , and to prosecute Police and Law enforcement abuses; to prosecute  white collar criminals clothed as public officials including *corrupt crooks*  in *donned* and *hiding under  the coward veil* of undeserved *black  robe*  ; abuses by judicial tyrants  and anarchist like the defendants Pallmeyer , Easterbrook, Sykes. Wood, Guzman ,Gettleman against Minority Americans  and  "fixing"  cases for known corporations and known law firms .  **Exhibit A and Exhibit B**  will inform this court what kind  of judicial temperament ,  judicial scruples defendant  crooks Easterbrook , Sykes possess , who are *breathtakingly arrogant* crooks and judicial tyrants.

To show malice in the 2012 ECO,  this court is also informed  since 2007 there were no cases filed in the Illinois District court  .  So this court  could easily make out the vicious, perverse, sadist  <u>malice behind the executive committee order</u>  in 2012.   If the 'Holderman mickey mouse committee'   allege   plaintiff cases were *frivolous* as fabricated  in ECO,  no one stopped the  committee from entering the "executive committee order" in  2008 .  This will prove that the sudden "executive committee  order" came out of  <u>nowhere after five years</u> in 2012 is simply a *retaliation and vendetta* against this plaintiff for his filings in United States Supreme court against   Dow in 2012  in relation to Plaintiff 's  42 U.S.C section 1983 civil rights case.

All the above abuses  of the unconstitutional executive committee order were addressed by this Plaintiff in a Writ of Mandamus and Application  as well,  filed  in United States Supreme court to vacate executive committee order.

## II.  PREAMBLE

Plaintiff will fully brief this case  while filing a summary judgment motion . As a prelude, and as preliminary 'notice pleading' is all required per Federal Statutes , Plaintiff state the cause of action and other Torts committed by the defendants  ;   proximate consequential and compensatory damages caused by the defendants to the Plaintiff ;   such claims , damages supported by numerous Federal statutes and the United States Supreme court  authorities ; damages caused from  Civil Rights violation; First and Fourteenth Amendment Rights violations; <u>defamation;</u>  violations of Hobbs Act for malicious persecution and harassment; criminal violations of HIPAA and Private Heath Information   of the Plaintiff by the  defendants  Sykes , Easterbrook and Barrett, such HIPAA violations  carry <u>both</u> twenty years in prison for each violation, and 250,000  in fine for each violation; Title 18 U.S. Code § 873 violations and

*Blackmail and Criminal extortion* in the name of "Mack order" (defendants Eastercrook and his

*henchmen*  ; psychopath maniac with mental issues Pallmeyer and her 'henchmen').

### III .  CONTROLLING PRECDENCE TO SUE THE DEFENDANTS

The nature of the injury and relief sought in this Law suit is central to the Art. III inquiry,

because this law suit will prove   reckless  disregard to truth; to Plaintiff's constitutional rights;

breathtaking arrogance, judicial anarchy and judicial tyranny;  unprecedented abuses of the

Federal Judiciary;  Treason on the United States Constitution  in the name of judicial autonomy

and judicial anarchism; super tyrannical arrogance and abuse of judiciary; violation of oath of

office thus committed High crimes and misdemeanor;  damages caused from evil perverted

vendetta and blood thirsty rage by the sadist crooks , venomous  scorpions defendants

(Pallmeyer,  Easterbrook, Sykes, Barrett) .

" The exercise of judicial power   can so profoundly affect the <u>lives, liberty, and property</u> of

those to whom it extends," *Valley Forge Christian College v. Americans United for Separation of*

*Church and State, Inc*., 454 U.S. 464, 473 (1982), that the decision to seek review must be placed "in

the hands of those who have a direct stake in the outcome." *Sierra Club v. Morton,* 405 U.S. 727, 740

(1972). It is not to be placed in the hands of  "bystanders," who will use it simply as a "vehicle for the

vindication" .*United States v. SCRAP*, 412 U.S. 669, 687 (1973). Here, as will  be shown before a

Jury , the "exercise of judicial power" ' is placed in the hands of *felons in black robe,* who are

judicial terrorists, crooks ,  dictators, anarchists, perverted sadist  evils who even attempted to <u>commit</u>

<u>murder</u> of the Plaintiff  (defendants  Pallmeyer, Easterbrook,  Sykes, Barrett, Bruton, Conway,

Agnello, Wojdylo, convicted Federal felon Stephen Linder[1] a/k/a Steve Linden-a "hired gun" of

defendant maniacs Pallmeyer; Christopher Conway, Eastercrook ,Thomas Bruton  ) See **Exhibit C**

---

[1] This court will be shown in Trial how the defendant Horowitz , John Lausch allowed the **convicted felon** Stephen
Linder continue to draw salaries and allowed to continued his  employment at U.S Marshall office despite indicted

This law suit  will narrate that the defendants  abuses of judiciary,  and harassment of Plaintiff , his wife, family and children by the defendants Pallmeyer , Eastercrook, Sykes, Barrett, Wood, a 'chicken and jelly fish' with no self-esteem and self-respect named defendant Michael Kanne*; hand strung puppet* of 'chieftain thug' and maniac ,defendant Pallmeyer-defendants Gettleman, Finnegan.

Plaintiff will brief, will prove beyond pre-ponderance of doubt before a Jury  that defendants have no immunity  and their perverse ,sadist , tort acts  are retaliatory , vindictive, sadistic malice ,  and wanton ,malicious  evil criminal acts under the veil of 'presumed immunity' , and are not conduct  of *impartial jurists* ; not in the scope of their  judicial function; that defendants possess no  judicial or moral ethics   but are   evil, narcissists with felony tendencies; felony  criminal behavior and conduct  of   the maniacal, psychopath  defendants. Defendants will have no immunity and the intentional , malicious tort acts are  no different from street thugs and felons who committed tort and other unlawful acts against another citizen, and nothing even *remotely to  be painted  as a judicial function*.

Plaintiff will prove before  a Jury by and beyond pre-ponderance  of doubt, that the perveretd , sadist  and criminal acts are conducted with pre-meditation, extreme  psychotic retaliatory venomous acts with murderous rage, (Pallmeyer, Eastercrook, Bruton, Conway );  are venomous vindictive acts in the name of "Executive committee order" , the *clownish* committee controlled by the chieftain thug, dictator  and  felon Pallmeyer. The 'mickey mouse' committee is fundamentally  a 'cult' of few old  mafia thugs and *despicable creatures* with no judicial conscience , judicial scruples,  crawling the walls of the Federal Court house.  The

---

by Federal Grand Jury;  prosecuted  and convicted by a Federal Jury of the felon Linder who faced 20 years in Federal prison but  gotten away with a 'slap in the wrist' due to abuses  of Judiciary by defendants Horowitz and Lausch as well as because Linder is a white supremacist and narcissist.

*cult clowns* sprayed and spitted with venom and amended 'ECO' in September 2019 'egged' by the perverted, sadist Satan and evil thug  Pallmeyer . Doubling down on the abuses , the defendant crook Eastercrook who is hatred by everyone in legal community as a super arrogant, super egoistic  moran and jerk , fabricated a  'criminal extortion and ransom order'   an evil child born to  evils Eastercrook , Sykes who *christened* the evil child as "Mack order" .

Plaintiff   will be prove that the intentional tort and criminal acts committed by the defendants against the Plaintiff    (as well as against his wife and family) are personal, vindictive retaliation against the Plaintiff and his family by the narcissistic psychopath defendants who possess maniacal rage  of a serial killer (Pallmeyer, Easterbrook, Sykes, Wood ) are vendetta and retaliation against the Plaintiff for various *legal recourse* taken against the abusive defendants , more specifically the severest of abusers and judicial tyrants of  all defendants  Easterbrook , Pallmeyer, Sykes, Barrett, Coleman   as to whom   Plaintiff filed Petitions seeking referral for Impeachment in 2012, 2018,2019  with Chief Justice John Roberts; sued them in State court . (20LA007,McHenry County)

Pursuant to  U.S Supreme court authorities, and United States Constitution, an aggrieved party  can sue the  for the damages for crimes committed under 'color of office.' " *The aggrieved party who is a victim of such  overreach and  abuse can seek damages in a court as there is no immunity protection*."  *Cary V Piphus* , 434 U.S  247,253 ( 1978);  *Zeller v. Rankin* ,101, S.Ct 2020, 451 U.S 939., 69 L.Ed 2d 326" .  Even assuming any immunity, " does not bar prospective  relief against a constitutional officer" ,  See *Pulliam,* 466 U.S. at 540. "Nor does it shield  from criminal prosecution."  See   *O'Shea v. Littleton*, 414 U.S. 488, 503 (1974); *Eades*, No. 86-1884, slip op. at 3.

"[H]arassment" and deprivation of Civil Rights   actionable under Tort acts,

*Pulliam v. Allen,* 466 U.S. 522, 540 (1984) ; *Lowe v. Letsinger,* 772 F.2d 308, 311-12 (7th Cir.1985);

*Stump,* 435 U.S. at 359; *Barr v. Matteo*, 360 U.S. 564, 569 (1959); *Randall,* 74 U.S. (7 Wall.) at 537;

*Gregory v. Thompson*, 500 F.2d 59, 63 (9th Cir. 1974).   *Imbler v. Pachtman*, 424 U.S. 409, 420

(1976)  [the legislative record for § 1983 Civil rights  Act  42 U.S.C. § 1983 (1982). ] In addition to

above authorities, Defamation by the respondents is  also actionable  under *Connick v. Myers*, 461

U.S. 138 (1983)  103 S. Ct. 1684;  *Diamond v. Charles*, 476 U.S. 54, 68, 106 S. Ct. 1697, 90 L. Ed.

2d 48 (1986)  *Arizonans for Official English v. Arizona*, 520 U.S. 43, 64, 117 S. Ct. 1055, 137 L. Ed.

2d 170 (1997)   *Camreta v. Greene,* 563 U.S. 692, 701, 131 S. Ct. 2020, 179 L. Ed. 2d 1118 (2011)

*Lujan v. Defenders of Wildlife,* 504 U.S. 555, 560-561, 112 S. Ct. 2130, 119 L. Ed. 2d 351 (1992)).

"Malicious persecution and harassment under *color of office* is a Felony" -Hobbs ACT .

Not long ago, this  Supreme court entered a 6-3 majority *blistering opinion* penned by

Justice Stevens, Justice Breyer, Justice Thomas, Justice  Ginsberg,  such opinion never written

in 230 years,   outpouring their anger against  Fourth Circuit court of appeals for  similar

violation of the Constitutional rights , First Amendment Rights,  similar to  the abuses by the

judicial   tyrants and judicial crooks- defendants Easterbrook, Pallmeyer , Sykes, Wood, Barrett ,

Kanne -the *psychos  and maniacs* who are in delusion that they are some damn *kings and queens*

or emperors. See  the opinion reversing Fourth Circuit Court of appeals in  *City of Charleston v.*

*The Kanawha Players.*  [Supreme Court Upholds Freedom Of Speech In Obscenity-Filled Ruling](#)

## COUNT I

**Criminal Obstruction of Justice ,Tortious Interference, Case Fixing, Corruption**

**Defendant  Thugs Pallmeyer , Coleman, Easterbrook, Sykes, Barrett, Wood, Kanne
Case No:  18-cv-3019  ILND;  20-1429  Seventh Circuit**

1. Plaintiff and his wife are plaintiffs in case 18-cv-3019

2. Plaintiffs are granted count I -Breach of Contract  in the law suit against the defendants on September 12, 2019 in the  case 18-cv-3019

3. The case was set for a hearing on February 6th,2020   to vacate the denial of certain other counts , as the rest of the counts are <u>coat-tailed and hinged</u>  on  the  breach of contract which is granted in favor of Plaintiffs; however  a retarded   defendant Coleman with an  IQ of a donkey could not  understand how the   rest of the counts are derivative causes of action from the breach of contract count which is granted.

4. Three weeks before , on January 13,2020 ,Plaintiff sued defendants  and an evil *Satan* with challengeable mental health to sit in judiciary -thug Pallmeyer , her bedfellow  and fugitive felon Ruben  Castillo , and several others who are "henchmen' , for defamation by amending the 2012 year  "ECO" 12-cv-1698 in January 2019 (after seven years )  'criminalizing' the Plaintiff  with venom sprayed , defamatory, derogatory statements and thus committed Felony criminal acts. [2]

5. The amended "ECO' on January 15, 2019 by a thug and criminal crook defendant and fugitive felon Castillo,  is further spitted with  more  venom in September 2019  by the evil criminal crook and  thug with the  face of an old , sick cheetah and a venomous snake named

---

[2] The defendant felon and a former judicial crook   Ruben Castillo,  resigned abruptly upon served with the Notice for Impeachment  Petition of Castillo; the petition sought referral for Grand Jury Indictment of felon Castillo.  After years of 'fixed' *cases for cash* for clients of firm 'Ackerman LLP,' the criminal crook and fugitive felon Castillo was inducted as 'partner' in Ackerman .

defendant Pallmeyer who took the *baton* as 'chief thug' from her *bedfellow* and criminal crook ,felon Castillo .

6.  The amended ECO of January 2019 and September 2019 permanently *slammed the door to the Courthouse* for this Plaintiff to seek damages ; to petition courts in a court of law guaranteed under the United States Constitution , First Amendment Rights and Fourteenth amendment rights.

7.  In addition to ' shutting the door to courthouse' for the Plaintiff, the perverted crook and felon Castillo and his bedfellow an evil, judicial thug Pallmeyer also sprayed the "ECO" with additional derogatory defamatory rhetoric and venomous, vicious, malicious libelous statements projecting the plaintiff as a 'criminal'; as a 'very violent person' and published in internet for the whole world to see, such perverse acts driven by an evil and criminal intent to destroy the Plaintiff and his family ; to sham , tarnish , defame the Plaintiff and his family for generations; to cause emotional trauma and emotional scar to Plaintiff , his family and his children.

8.  The criminal crook Pallmeyer was served the law suit 20LA007 filed in State court on January 17, 2020.

9.  Thereafter , within <u>ten days</u>, the evil scorpion and the raging maniac , defendant Pallmeyer colluded, conspired with the 'marionette,' another criminal crook in *black robe*, defendant Coleman and dismissed the case 18-cv-3019 , at a time a summary judgment motion by Plaintiffs was pending ; and the case which Plaintiffs vigorously prosecuted for over two years.

10.  The dismissal by the *hand strung puppet* of thug Pallmeyer, crook Coleman appointed by Obama, dismissed the case in a two liner minute entry under a criminal collusion with the

*psychopath maniac* and mental case  Pallmeyer , fabricated with  bogus  self-served rhetorical abuses and 'colored' as sanction for sued the  evil thug Pallmeyer. This felon Pallmeyer in delusion she is some *damn queen* or  *king* or whatever the sex  this psychopath evil soul Pallmeyer belongs, LGBTQRSTUVW  or ABCDXYZ.

11. Despite the unconstitutional , illegal dismissal  has no basis, but as a retaliation and vendetta against the Plaintiffs by  the venomous  old fart scorpion , evil Pallmeyer who colluded with her *marionette* Coleman  the dismissal also <u>illegally , unconstitutionally entered against the Plaintiff wife</u> who is co-plaintiff in 18-cv-3019, when co-plaintiff has her own 'standalone' rights to seek damages against the defendants.

12. Plaintiff appealed the dismissal  in 20-1429.

13. The perverted criminal crook and evil snake Pallmeyer crawled the walls,  colluded with her *ruffians*  upstairs - defendants Wood, Kanne , Sykes  and conspired  to dismiss the appeal as well. <u>Refer appellant's brief and reply brief in 20-1429</u>

14. Plaintiff  suffered damages due to the malicious abuses judiciary for personal vendetta ; tortious interference by the felon Pallmeyer with Coleman from prosecuting the case 18- cv-3019 ; tortious interference  by thugs Sykes, Wood, Kanne.  in prosecuting the appeal

15. As a direct and proximate result of the defendants' tortious  and vicious conduct as narrated in the foregoing paragraphs , Plaintiff   has  suffered damages , continue to suffer damages including but not limited   to damages caused from blocked the prosecution of defendants for damages suffered and inflicted on  the Plaintiffs by the defendants in 18-cv-3019  ;  damages caused to his  reputation, livelihood, damages caused from  defamation of the Plaintiff and the resultant consequential damages in his career and profession ; in the community; in his family life.

**WHEREFORE,** Plaintiff seeks damages in an amount of **FIFTY Million dollars** towards compensatory damages ; consequential damages ; **ONE Hundred Million dollars** in punitive damages entered against individual defendants named in this Count 1 and costs and attorney fees.

## COUNT  II

### Criminal Obstruction of Justice ,Tortious Interference
### Defendant  Thugs Pallmeyer, Coleman ,Wood,Sykes,Kanne
### Crimes under Hobbs ACT
### Appeal 20-1429,18-cv-3019

16. Plaintiff  adopts and incorporates paragraphs 1- 15 of this complaint  as fully set forth herein.

17. Plaintiff  appealed the  unconstitutional , vindictive order  dismissing the case 18-cv-3019 in a two liner Minute entry with no cause, no reason, against record evidence, no Memorandum of Opinion  as the  felon  Coleman has  no law , facts, record evidence to support her  abusive dismissal in criminal collusion with evil venomous scorpion and mental  case maniac and psychopath -  defendant Pallmeyer.

18.  The abusive  and tortious interference by the criminal crook Pallmeyer continued . as stated before in appeal case as  well.

19. In collusion with the criminal crook and another evil bedfellow of Pallmeyer  defendants Diane Wood and Michael Kanne , the appeal also was dismissed despite the fact the appellant wife is co-plaintiff in 18-cv-3019 and appellant in 20-1429, and the fabricated, bogus, made-up unsubstantiated  dismissal   on a fake alleged sanctions is only as to Plaintiff and not his  wife.

20. The perverted , evil scorpions  and  venomous creatures and coward crooks- defendants Pallmeyer, Wood, Kanne  , Coleman are poisonous snakes crawling the walls of judiciary who committed crimes hiding under the coward veil of a *black robe* and <u>violated Hobbs  Act.</u>  "Malicious Persecution and Harassment under color of office."

21. Plaintiff  suffered damages due to the abuse  of judiciary by the criminal crooks   -
Pallmayer, Kanne, Wood, Coleman who abused and used the office for personal vendetta ;
tortiously  interfered by the perveretd sadist  and psychopath Pallmeyer , Coleman from
prosecuting the case 18-cv-3019 and appeal 20-1429.

22. As a direct and proximate result of the defendants' tortious  and vicious conduct as narrated  in
the foregoing paragraphs , Plaintiff   has  suffered damages , continue to suffer damages
including but not limited  to damages caused from blocked the prosecution of defendants for
damages suffered, and  inflicted on  the Plaintiff by the defendants in 18-cv-3019 ,20-1429 ;
damages caused to his  reputation, livelihood,  damages caused from defamation and resulted
consequential damages in  his career , profession ; in the community; in his family life.

**WHEREFORE,** Plaintiff seeks damages in amount **FIFTY Million dollars** towards
compensatory  damages ; consequential damages; **One Hundred Million dollars** in punitive
damages entered against individual defendants , and costs and attorney fees.

## COUNT III

### Criminal Obstruction of Justice ,Tortious Interference
### Defendant  Thugs Pallmeyer, Gettleman , Gilman, Finnegan
### Case No:  20-cv-837  ILND

23. Plaintiff  adopts and incorporates paragraphs 1- 22 of this complaint  as fully set forth herein.

24. Plaintiff and his wife  who are signers in a mortgage  agreement , sued the notorious white
collar criminals - defendants Ocwen Loan servicing et.al., under RESPA statutes.[3]

---

[3] There are over 200 law suits pending against Ocwen Loan servicing; all 50 state attorney generals sued  Ocwen for
fraud , defrauding thousands of homeowners of their mortgage payments;  Consumer Financial Protection Bureau
sued Ocwen; cease and desist order issued by Illinois Dept. of Professional Regulations against Ocwen prohibiting
them from doing business in Illinois , just to  name few statutory actions against the white collar criminal Ocwen
now called PHH Mortgage

25. The case was filed  in State court in Cook county in 2019. However ,taking full advantage of the *hostile forum* to the Plaintiffs, the defendants removed to Federal Court.

26. The improperly removed case from State court **randomly assigned** to Honorable Judge Rowland on February 10, 2020  after "wetted" by the "mickey mouse committee" a/k/a "Executive committee" consisting of few *cult members* and clans and clowns controlled by chieftain thug   defendant Pallmeyer. (**see Opening brief in  21-1943,** Seventh circuit )

27. However Judge Rowland who possess high ethical , moral and  judicial scruples will not function as *marionette* for defendant evil maniac and psychopath Pallmeyer with questionable mental health,  to arm twist Judge Rowland  to  remove plaintiff from case 20-cv-837 after random assignment with both Plaintiff and his wife  as plaintiffs intact ,undisturbed *as is* , as  was filed in cook county State court.

28. Henceforth , to accomplish her another  evil, perverted sadist agenda , the raging perveretd maniac  Pallmeyer asked the  judicial thug defendant Gettleman to 'snatch  and seize' the case from Judge Rowland and thereafter entered a ' backdated, bogus, fake  order' as to "reassignment" !

29. Thereafter seizing the case from Judge Rowland, the evil , sadist crook and criminal thug Pallmeyer <u>worked in the background</u> with her  *slave , marionette -* defendant Gettleman  , a pathetic  82 year old despicable  creature  with 'one leg in graveyard', who possess no judicial scruples, judicial character,  judicial morale and judicial conscience,  orchestrated a <u>dismissal </u>of 20-cv-837 using his chieftain thug Pallmeyer lesbian partner defendant Sheila Finnegan.

30. As a direct and proximate result of the defendants' tortious  and vicious conduct as narrated in the foregoing paragraphs , Plaintiff has  suffered damages , continue to suffer damages

including but not limited   to damages caused to his  case 20-cv-837 ; his home; family , his

livelihood, his reputation in  business, and professional   career.

**WHEREFORE,** Plaintiff seeks damages in amount **FIFTY Million dollars** towards

compensatory  damages ; consequential damages; **One Hundred Million dollars** in punitive

damages entered against individual defendants ,   and costs and attorney fees.

## COUNT IV x 2100

### Defamation , Libel and Slander  (Intentional Tort)

**<u>DEFAMATION</u> <u>740 ILCS 145 Libel and Slander Act</u>**
**<u>AND DEFAMATION PERSE</u>**
**Defendants Pallmeyer, Castillo, Easterbrook, Sykes,**
**Coleman,Wood,Kanne, Gettleman,  Finnegan  and**
**AGAINST ALL THE INDIVIDUAL DEFENDANTS**
**12-cv-1698, ILND, 17-2171 (Seventh circuit)**

31. Plaintiff  adopts and incorporates paragraphs 1- 30 of this complaint  as if fully set forth herein.

32. Plaintiff will prove before a Jury with clear and convincing evidence that:

    i. The felons Pallmeyer, Castillo ,Easterbrook, Sykes, Barret acted with requisite intent of actual malice when they made statements in the "ECO" and "Mack order" knowing fully well they are false

    ii. Statements made have defamatory implication  'painting' the plaintiff as criminal

    iii. Published the derogatory, defamatory . horrendous abusive and libelous statements in public domain for the  whole world to see

    iv. Knew such false statements are not  protected  under First amendment ; neither protected under any  illusioned, delusional immunity

    v. Acted with evil motive and  reckless disregard to truth and indifference to Plaintiff's rights

vi. Insinuated, implied  with such libel and slanderous smearing campaign and unfairly, unjustly projected the Plaintiff   as a criminal for the entire world to see

vii. Maliciously, willfully acted with criminal intent and malice when made such sadist, perverted evil and  slanderous statements

viii. Knew such outlandish , derogatory statements will damage the  Plaintiff reputation, his employment, career, his family  and children future, and tarnish Plaintiff family   for generations to come

ix. The conduct by the felons Pallmeyer, Eatsercrook, Sykes, Barrett , fugitive felon Ruben Castillo are reckless, willful disregard to Plaintiff rights; to truth and conducted with  spiteful, vindictive , evil malice

x. The evil perverted sadist cowards   Pallmeyer , Eastercrook, Sykes, Barrett, felon Castillo intended to defame the plaintiff clothed in a black robe' with a   fantasy they  cannot be sued for malicious torts a; they cannot be prosecuted criminally as judicial terrorist and insurrectionists of the Constitution and Federal Judiciary , as    these *out of control* psychopaths and maniacs  with *schizophrenia  hallucination*  they are above the law; that they  are some *damn kings and queens*.

33. Plaintiff  served the Supreme court petition seeking a referral for impeachment , to felons Eastercrook, Sykes  and their 'henchmen'  in December 2018 a required to be noticed to respondents of the petition.

34. Thereafter receipt of the  Petition for Impeachment the criminal crook Eastercrook, his criminal accomplices  Sykes  in collusion with their henchmen Agnello, Conway, Bruton and

fugitive felon and criminal crook and former 'chief felon' of ILND ,defendant Ruben

Castillo , EMBARKED ON A SMEARING AND DEFAMATORY CAMPAIGN AGAINST

THE PLAINTIFF; in collusion with felon Easterbrook and Sykes, manufactured ,fabricated an

amended 12-cv-1698 on January 15,2019 'criminalizing' the Plaintiff and further humiliating

the Plaintiff that  whenever Plaintiff appears in his 'civil' case that Plaintiff treated like a

'criminal' defendant escorted by felons like Stephen Linder and other felons at U.S  Marshall

office who paraded the Plaintiff's cul de sac property on January 21,2020 ; Despite reported

this abuse by U.S  marshal to defendant  crook Donald Washington,  Trump appointed ruffian

never cared to take any action .

35. The defendants destroyed and defamed the Plaintiff reputation built over his life time and

destroyed in a matter of seconds by the perveretd crooks, blood thirsty raging , crazy   hounds

Pallmeyer , Eastercrook, Sykes, Barrett, felon Castillo.

36. The defendants  defamed the Plaintiff in the following manner and committed Felony crimes

**pursuant to ILCS 5/32–13 specifically the following crimes:**

i. Exposed Plaintiff to hatred, contempt or ridicule, such as spitting venom in the

"ECO" by thug Pallmeyer and fugitive  felon  criminal crook defendant Castillo,

**criminalizing the plaintiff;** asking   armed felons and mafia in U.S marshal

office   defendants Wojdylo, Dammons, convicted  felon Linder   to '**tail gate'**

and 'escort' Plaintiff whenever he appears in civil case **projecting** Plaintiff  like a

*criminal in a public forum; public building*

ii. Acted with Criminal Intent to inflict harm to the Plaintiff such as spitting venom

in the "ECO" by psychopath maniac Pallmeyer and fugitive   felon  defendant

Castillo, **criminalizing the plaintiff;** asking an armed felon in U.S marshal office

- defendants Wojdylo, Dammons, convicted felon Linder **to *tail gate*** and escort Plaintiff whenever he appears in civil case; **Projecting** Plaintiff like a *criminal* in a public forum; public building; attempted **murder of the Plaintiff** by the 'hired gun' and convicted felon Stephen Linder dispatched by mafia and chief thug, Pallmeyer, her *bedfellows* and felons Bruton, Conway, Agnello, Sykes and Eatsercrook, Barrett

iii. Acted with Criminal intent to subject Plaintiff to emotional distress to cause him harm such as spitting venom in the "ECO" by thug Pallmeyer and fugitive felon and criminal mafia and related to convicted felon Al Chapo Guzman, defendant Ruben Castillo, **criminalizing the plaintiff;** asking an armed felons in U.S marshal office - defendants Wojdylo, Dammons, convicted thug Linder **to tail gate** and escort Plaintiff whenever he appears in civil case; **Projecting** Plaintiff like a *criminal* in a public forum; public building   attempted **murder of the Plaintiff** by the 'hired gun' and convicted felon Stephen Linder dispatched by mafia and chief thug Pallmeyer, her *bedfellows* - thugs Bruton, Conway, Agnello, Sykes and Eatsercrook, Barrett

iv. (d) committed domestic disturbance and disorderly conduct such as dispatching convicted felon Linder **to murder the Plaintiff** by the mafia and *chief thug* Pallmeyer , her bedfellows and gangster hooligans - Bruton, Conway, Agnello, Sykes and Eatsercrook

v. Committed felony and or Class A misdemeanor against this Plaintiff ;

vi. Maliciously and Falsely Accused Plaintiff of an offense by projecting Plaintiff like a criminal in a public forum; public building

37. The defendants  defamed the Plaintiff and committed felony crimes pursuant to Sec.12-6 specifically the following crimes. Felony crimes pursuant to Sec. l2-6. Intimidation which states a follows:

A. _**Sec. l2-6. Intimidation**_:

" A person commits intimidation when, with intent to another, directly or indirectly by any means, a threat to perform any of the following acts :

    a)  Accuse any person of an offense

    b)  Commit a felony or Class A misdemeanor

    c)  Expose any person to hatred, contempt or ridicule such as spitting venom in the "ECO" by thug Pallmeyer and fugitive  felon  , criminal mongrel , defendant Castillo, **criminalizing the plaintiff;** used armed felons  in U.S marshal office-defendants Wojdylo, Dammons, convicted  felon Linder  to **_'tail gate'_** and escort Plaintiff whenever he appears in civil case; **projecting** Plaintiff  like a _criminal_ in a public forum; public building;     attempted **murder of the  Plaintiff**  by the 'hired gun' and convicted  felon  Stephen Linder dispatched by mafia and chief felon  Pallmeyer,   her _bedfellows_ - thugs Bruton,  Conway, Agnello, Sykes and Eatsercrook, Barrett

    d)  Intent to Subject any person to physical confinement or restraint such as 'hiring'  armed felons  in U.S marshal office  -  defendants Wojdylo, Dammons, convicted  felon Linde  to  '**tail gate'** and escort Plaintiff whenever he appears in his civil case **projecting** him like a _criminal_ in a public forum; public building

    e)  Intent to Inflict physical harm on the person threatened, such as using  armed

        felons  in U.S marshal office -defendants Wojdylo, Dammons, **convicted**

        felon Linder   **to tail gate** and escort Plaintiff whenever he appears in his civil

        case projecting Plaintiff  like a criminal in a public forum; public building

**B. Sentence :**

Intimidation is a Class 3 felony for which an offender will be sentenced to a term of

**imprisonment of not less than l0 years**. (Source: P.A. 96-1551)

38. The *mickey mouse 'cult 'committee* "ECO" and the thug Eastercrook "Mack order" narrated

    in Background Facts, besides shutting the  door to courthouse  in entire Seventh circuit , also

    *irreparably  defamed, slandered* the Plaintiff; destroyed Plaintiff livelihood; , his family life

    as proximate cause of the perverted  psychopaths and evil criminal crooks and blood thirsty

    hounds   in *black robe* named - Pallmeyer , Eastercrook, Sykes , Barrett who planted ,

    published derogatory,  damning  venomous  lies including projecting Plaintiff as a 'criminal'

    in public domain for the whole world to see.

39. The vicious , dirty and despicable  conduct by  the perverted evil , perverted sadists

    Pallmeyer, Eastercrook , the unethical tactic to extort the Plaintiff in the name of  "Mack"

    order,  and felony indulgence of criminalizing the Plaintiff by the defendants are deliberately

    intended  to commit such intentional tort acts  and to humiliate, defame , harass and slander

    the Plaintiff for life .

40.  The malicious, vicious acts of  the defendants who committed , continue to commit

    unconscionable tort acts to  impugn  that plaintiff   Mr. Shekar lacks moral character and is

    willfully intended to  harm Plaintiff  in his profession; to project  him  in  false light  in the

    community and in professional circle;  and such intentional tort acts carried-out maliciously

to harm the Plaintiff ; to cause him emotional distress ; to humiliate harass and intimidate and defame the plaintiff and his family; and in detriment to cause emotional harm to Plaintiff .

41. To state a defamation claim, a plaintiff must present facts showing that the defendants made "a false statement about the plaintiff, that the defendants made an unprivileged publication of that statement to a third party, and that this publication caused damages." *Green v. Rogers,* 234 Ill. 2d 478, 491 (2009) (citing *Krasinski v. United Parcel Service, Inc*., 124 Ill. 2d 483, 490 (1988)). Thus, there are three elements to a defamation claim: (1) falsity, (2) unprivileged publication, and (3) damages , all of which are met .

42. A plaintiff need not plead or prove actual damages in a defamation claim *per se.*

43. The defamatory statements are <u>deemed actionable</u> *per se* because they are so obviously and materially harmful to the plaintiff that injury to the plaintiff 's reputation may be presumed, *Van Horne*, 185 Ill. 2d at 307. "A plaintiff need not plead or prove actual damages to his or her reputation to recover for a statement that is actionable *per se*." Id. (citing *Bryson v. News America Publications, Inc*., 174 Ill. 2d 77, 87 (1996)).

44. Damages  *are constitutionally* be *presumed exist* from  acts of *actual malice or reckless disregard for the truth - Gertz v. Robert Welch, Inc.,* 418 U.S. 323 (1974) .

45. At the time the defendants indulged in such intentional tort acts as described in above paragraphs , the defendants knew they were false, deliberate ,vicious, malicious and sadist perverse acts intended solely to harm the plaintiff with reckless disregard for their falsity.

46. Damages are not required to be proved on defamation perse pleading. *See HPI Healthcare Services ,Inc. v. Mt.Vernon Hospital , Inc.,* 131 I'll. 2d 145 , 154-55( 1989)

47. Due to  the psychopath and maniacal , crazy 'female' hound (out of respect to this court not using the normally used *slang* for female hound)   and the narcissists defendants Pallmeyer outrageous defamatory  rhetoric in 12-cv-1698 ; the perverted evil devil Sykes , crook Barrett,  thug Eastercrook's *derogatory*, defamatory rhetoric  in "Mack order" ; in a       per curium "BS" in 17-2171  Plaintiff is unable to seek any relief in any courts in Seventh circuit , as scorpion vulturous  attorneys representing defendants routinely cite the unconstitutional "Mack" order  and the ECO   which criminalized  the Plaintiff ; to project Plaintiff in an unfavorable and negative light ; and to  get an unfair 'edge' over the case as a tactic, and to undermine the meritorious causes and cases.  ( This should be clearer  in that the defendant Ocwen removed the State case filed in State court to Federal court to exploit the hostile forum as a tactic, which is assigned 20-cv-837).

48. As a direct and proximate result of the defendants' defamatory conduct ;   perveretd tortious acts  as narrated  in the foregoing paragraphs , Plaintiff   has  suffered damages , continue to suffer damages including but not limited   to damages caused to his  name; family reputation; emotional scar caused to him, his children and family ; his  business ,  in  his profession;  his career and in the  community.

**WHEREFORE,** Plaintiff seeks damages in amount **ONE HUNDRED  Million dollars** towards compensatory  damages ; consequential damages; **TWO  Hundred Million dollars** in punitive damages entered against individual defendants , and costs and attorney fees.

## COUNT V

**VIOLATIONS  OF ILLINOIS AND FEDERAL HIPAA STATUTES ; PRIVACY RIGHTS ; DISSEMINATION OF CONFIDENTIAL PRIVATE HEALTH INFORMATION PROTECTED UNDER  HIPAA Privacy Rule, 45 CFR 164.512(i)  ; HIPAA Privacy Rule 45 CFR 164.508  215  ILCS 5/1001 et seq.**

### Appeal 17-2171; 15 -cv-1392
### Defendants  EASTERBROOK, SYKES, BARRETT,PALLMEYER GUZMAN,LAUSCH,BUIE, HOROWITZ

49. Plaintiff  adopts and incorporates paragraphs 1- 48  of this complaint  as fully set forth herein.

50. The perverted sadist crook named Easterbrook a/k/a Eastercrook in legal community,  in collusion with   *cohort* evils Sykes and a rookie to any judicial  bench  , Amy Barrett deliberately, viciously ,irrelevantly incorporated  Plaintiff's HIPAA protected ,Private Health Information in the so called 'per curiam" "BS" final order  in  June 2018 in the appeal 17-2171

51. Thereafter,  the perverted sadist crook  Eastercrook, in collusion with the evil, corrupt crook Sykes and the imbecile , retarded  *cult member*  of Trump  named Barrett , ( who got lucky and 'installed' into Supreme Court by   pussygrabber-in-chief a/k/a Trump [4]) ,   and an evil defendant 'dwarf' Guzman who is <u>hated by everyone in legal community</u>, made *mockery* of the Plaintiff's  sensitive private health information;  published  in public domain, despite the Plaintiff HIPAA protected health information has nothing to do with the case  or had  any legal effect to the appeal or lower case.

52. In addition the perverted sadist judicial thugs  Easterbrook, Sykes, the rookie crook Barrett irrelevantly  , viciously venomously  incorporated the Plaintiff 's  HIPAA protected private health information in the per curium "BS" despite  Plaintiff's  attorney  had the PHI *sealed* and not  part of the record on appeal in 17-2171.

---

[4] https://www.pinterest.com/garythomas891/the-pussy-grabber-in-chief
  https://www.myprivatesearch.com/search?q=pussy%20grabber-in-chief

53. Additionally the perverted crook Eastercrook, *Cruella de vil* Sykes, imbecile, clueless thug Barrett irrelevantly  solely for the purpose of mockery and to derive sadistic pleasure sprayed lies  that  FedEx refused to deliver  packages to Plaintiff in a coward footnote though it has no *relevance to the case or appeal or had any legal effect*.  [ The imbecile, ignorant  clueless perverted maniac  Eastercrook and his ignorant imbecile thugs do not  know that Plaintiff has a Restraining order against FedEx for absues and that   that they are barred from appearing near the Plaintiff property;  such abuses include  recklessly leaving   sensitive medication packages in snow and rain which destroyed the medications; recklessly leaving time sensitive legal documents at the porch without signature;   continue to abuse  delivery instructions that no delivery should be made without personal signature of the Plaintiff; recklessly leaving packages at the porch which were stolen numerous time by 'porch pirates' ,  just to name a few).

54. Defendants willfully violated the HIPAA laws and Statutes  pursuant to Insurance Code, Article XL, Insurance Information and Privacy Protection, 215 ILCS 5/1001 et seq. ; HIPAA Privacy Rule, 45 CFR 164.512(i)  ; HIPAA Privacy Rule,   45 CFR 164.508  (Uses and disclosures for which an authorization is required) HIPAA Privacy Rule, 45 CFR 164.502(d) ; HIPAA Privacy Rule, 45 CFR 164.514(e)(1)

55.  Despite defendants fully aware of  the HIPAA  statutes and the laws which protect Patient's Privacy rights   , and in spite of   defendants  knew that  they would be breaking the laws as to disclosing any  Private Health Information; placing  Personal ,Private Health Information in a public domain;  ,despite those documents are sealed in lower court under a motion by the Plaintiff and are not part of the  appeal record,   the perverted coward sadist crooks , thugs and judicial felons  Eastercrook with his 'bedfellows' Sykes and Barrett   deliberately ,

willfully committed felony  crimes  under HIPAA laws, with delusion and breathtaking

arrogance that they could not be criminally prosecuted under the illusion of *veiled* black robe.

" judges, cloaked with absolute civil immunity for centuries, could be <u>punished criminally for</u>

<u>willful deprivations of constitutional rights</u>  on the strength of 18 U.S.C. § 242, the criminal

analog of § 1983" , *O'Shea v. Littleton*, 414 U.S. 488, 503 (1974); cf.  *Gravel v. United States,*

408 U.S. 606, 627 (1972)  " This Court ( U.S Supreme court) has <u>never suggested</u> that the

policy considerations which compel civil immunity for certain governmental officials also

place them <u>beyond the reach of the criminal law</u>. "  *Gravel*, Supra ; *Forrester  v. White* 484

U.S. 219,   (1988)

56. The   total reckless judicial arrogance by the anarchists and tyrants  Eastercrook, Sykes,

clueless Barrett who illegally  disseminated the Private  Health information, Personal

Confidential  information of the  Plaintiff  in a public domain are subject to Felony

indictment, prosecution.

57. Defendants disseminated the medical record , Private confidential Health Information  in

violation of   State and Federal laws.

58.  At the time of these breaches and illegal disclosures ,the defendants   knew they are violating

the law ; such violation will cause harm to  Plaintiff .

59. Such intentional tort acts , violations are deliberate , wanton and carried-out with malice ;

reckless disregard to Plaintiff/Patient's  Privacy Rights, aimed  at  cause harm to the plaintiff

60.  HIPAA Privacy Act assess penalties of  $ 250,000  for each violation; 20 years

Imprisonment for each violation. Based on this ,the defendant evils  Eastercrook, Sykes,

Barrett . Guzman are likely to spend their remaining stinking  evil life  in Federal prison

before called to wrought in hell.

61. A Federal Grand Jury criminal indictment sought against Eastercrook, Sykes, Barrett, Guzman. However defendants Lausch, Horowitz, Buie ignored Plaintiff's legitimate complaint seeking indictment , prosecution and evidence to convict beyond reasonable doubt of the felons in black robe-Eastercrook, Sykes, Barrett,  Pallmeyer, Guzman of  criminal violations of HIPAA.

62.  As a direct and proximate result of the defendants' actions as narrated  in the foregoing paragraphs , Plaintiff   has  suffered damages , continue to suffer damages including but not limited   to damages caused to his health; caused emotional distress and mental anguish, humiliation,  defamation , damages caused to peaceable living of his  family and his children and the Plaintiff; damages to his reputation, business ,  in his  professional and   his career.

**WHEREFORE** , Plaintiff seeks judgement in excess of **FIFTY  million dollars** in compensatory, consequential damages and punitive damages of **ONE HUNDRED million dollars** entered in his favor and against  each  individual defendants collectively,   plus attorney fees and costs.

## COUNT VI

### Violation of Fiduciary Duty, Breach of Public Trust
### Aiding ,Abetting Criminal acts in Judiciary by the defendants

### Defendants Scirica, Duff , Horowitz, Lausch, Buie

63. Plaintiff  adopts and incorporates paragraphs 1- 62 of this complaint  as fully set forth herein.

64. Plaintiff reported to defendants Scirica, appointed by Chief Justice  John Roberts Jr.,  as Chairman of the U.S Supreme Court Committee on Judicial Conduct and Disability to investigate exactly the type of abuses by the judicial crooks and cowards in black robe-Eastercrook, Pallmeyer, Sykes, Diane Wood , Amy Barrett , Michael Kanne , Sharon Coleman ,Robert Gettleman, Sheila  Finnegan who  flagrantly ,blatantly abused the power hiding inside a black robe and 'color of office.'

65. Plaintiff also reported the  felons  and crooks defendants Conway, Bruton, Richmond ,
Walker, Tiana Davis, Sarah Schrup , Catrina Livermore to defendant James Duff as the
Administrative Director of U.S Courts who oversees  felonious clerks named here as
defendants as to their criminal conduct, felony theft and conversion of Plaintiff's monies
(Bruton) ; felony extortion and ransom (Eastercrook , Sykes, Barrett)

66.  Despite  E mail complaints received and acknowledged as "Read"  , Scirica , Lausch Horowitz
and Duff just ignored , cared less, which is not surprising  conduct by white supremacists and
white extremists who are "corporate bedfellows" belonged to an extremist ' cult;' who treat
minority Americans and other religious minorities like *second class citizens*, just like their
counterpart crooks and thugs Eastercrook,  Sykes, Barrett, Wood, Kanne,  Gettleman, Guzmán.

67. The white supremacist, extremist, terrorist and religious phonetic  *cult* member of 'Trump
Cult' Barrett ,aptly could be defined as an alter ego of  'Taliban' and seemingly a member of
KKK   and appointed by the  pussygrabber-in-chief , soon to be indicted felon Trump on
numerous Federal crimes  committed on "January 6th " insurrection and organized a 'coup' ,
denied an e n banc petition in 20-1429 as an 'One man bench' with a breathtaking arrogance
and extreme judicial abuse.  [5]

68. Plaintiff reported the judicial thugs , including the  crook Barrett even before any
confirmation hearing of Barrett to Supreme court  to the *white supremacist* and 'Federalist
cult' member, defendant  Scirica with copies marked to Horowitz, Buie and Lausch. The
complaint is *trashed* with  total indifference, unprecedented arrogance .

69. The defendant  Scirica , Duff, Lausch , Buie  violated the fiduciary duty; committed treason
on U.S Constitution; committed High crimes and Misdemeanors of violation of  oath of

---

[5] May be the Trump   "bedfellows"  in Supreme court might acquit their 'chieftain' and 'Cult chief ,felon Trump of all
Federal Felonies  and give him "get out of  jail card" and fix the Federal criminal case for their 'buddy' felon  Trump

office when sworn in as USDOJ employees; committed treason on Federal Judiciary.

70. By their total indifference, unprecedented arrogance the defendants Scirica , Duff, Lausch ,Buie, Horowitz violated the public trust, committed crimes against Federal Judiciary; crimes against the Constitution.

71. As a direct and proximate result of the defendants' actions as narrated in the foregoing paragraphs , Plaintiff has suffered damages , continue to suffer damages including but not limited to damages caused to his Family, Children ,damages to reputation in business, in professional and industrial circle.

**WHEREFORE** , Plaintiff seeks judgement in excess of **FIFTY million dollars** in compensatory, consequential damages and punitive damages of **ONE HUNDRED million dollars** collectively, entered in his favor and against each individual defendants Anthony Scirica , James Duff , John Lausch, Emmerson Buie ,Michael Horowitz , plus attorney fees and costs.

### COUNT VII

**CRIMINAL EXTORTION , RANSOM,CASE FIXING, CORRUPTION**
**UNCONSTITUTIONAL MACK ORDER**
**Felony Criminal conduct under Title 18 U.S. Code § 873 Blackmail, Criminal**
**Extortion ; Felony crimes under Hobbs ACT**
**Appeal 17-2171**

**Defendants Eastercrook, Sykes, Conway, Bruton, Barrett ,Walker,**
**Davis, Richmond, Livermore, Schrup, Unknown law clerks John Doe,**
**Jane Doe, staff attorney Jane Doe of Seventh Circuit**

72. Plaintiff adopts and incorporates paragraphs 1- 71 of this complaint as fully set forth herein.

73. Plaintiff served and noticed a State law suit -19LA198 in McHenry County, Illinois suing the criminal crooks in *black robe*, defendants Easterbrook, Sykes, Barrett in June of 2019

74. The aforesaid hooligans are sued here by this Plaintiff for defamation; criminal conduct by the felons which resulted in civil damages for the Plaintiff.

75. Within <u>ten days upon noticed the law suit</u> with waiver of service of summons, the defendants Eastercrook, Sykes, Barrett manufactured an unconstitional "BS" order called          with self-serving trashy allegations and lies, and is named "Mack order" by the thug Easterbrook.

76. The said "Mack order" in 17-2171 entered <u>when no jurisdiction</u> existed in 17-2171 appeal for the crook Eastercrook, Sykes, Barrett; when the Mandate was returned <u>weeks before on June 10th,2019</u> . United States Supreme Court in *Cary v. Piphus* : "*Any orders entered without jurisdiction are nullity and void and has no effect. The aggrieved party who is a victim of such judicial overreach and judicial abuse can seek damages in a court as there is no immunity protection*." *Cary v. Piphus* , 434 U.S 247,253 ( 1978)" . "*Judicial Immunity is lost when a Judge had no jurisdiction and/or lack jurisdiction*" See *Zeller v. Rankin,* 101, S.Ct 2020, 451 U.S 939., 69

77. The amusing, self-made, fabricated, unconstitutional "Mack order" cunningly, tactically , tacitly shut the door to courthouse for the Plaintiff; sought ransom of $8000 as punishment for suing the judicial felons -Eastercrook, Sykes, Barrett .

78. The "Mack order" sought ransom of a fabricated, manufactured amount of $8000 going back to 1996 'colored' as *alleged* filing fees due ; *alleged* fees on cases dismissed within days of filing as fast as five days when petition to waive fees still pending; as a sanction for not paid the fees timely; outrageous allegation of fees due on <u>removed cases</u> from State court by the defendants where the fees paid to the State court at the time of filing the law suit; alleged fees due by a corporate Plaintiff, thus violating the laws as to separation of corporate liability and corporate officers liability.

79. The goofy , amusing, laughable at the  same time venomously cruel "Mack order"  further barred any law suits Plaintiff could file in <u>entire Seventh circuit ,with no expiration date,</u> <u>indefinitely despite viciously, cunningly worded as two years.</u>

80. Despite Plaintiff filed a petition   to lift the "Mack order" on June 10,2021 after two years. The venomous, perverted, sadist thug Easterbrook and Sykes denied  and made it permanent the *evil  child* born to the evils , perverted sadists and racist  pigs -Eastercrook and Sykes *christened* the evil child as "Mack order" and extended "Mack order" for another two years ,with a criminal intent to continue their felony obstruction of justice ; felony violation of First Amendment rights ; Felony violation Fourteenth Amendment Rights  and  extended the life of the  evil juvenile thug born to venomous scorpions -Eastercrook and Sykes  "Mack order" for consecutive two years after June 2023.

81. It is *beggar belief*  that this  *ransom* , *extortion* , *harassment* is not a Federal crime of Felony extortion **Title 18 U.S. Code § 873 Blackmail and Criminal Extortion; and under Hobbs ACT** .

82. Plaintiff reported the judicial crooks Eastercrook ,Sykes including the  crook Barrett abuses by  even before any confirmation hearing of Barrett to Supreme court  to the *white supremacist* and 'Federalist cult' member, defendant  Scirica with copies marked to Horowitz, Buie and Lausch.

83. The defendants  Scirica , Duff, Lausch , Horowitz, Buie   *trashed*  he complaint with  total indifference, unprecedented arrogance . violated the fiduciary duty; committed treason on U.S Constitution; committed High crimes and Misdemeanors of violation of  oath of office when sworn in as USDOJ employees; committed treason on  Federal Judiciary.

84. By their total indifference, unprecedented arrogance the defendants Scirica  , Duff, Lausch,

Buie, Horowitz   violated  the public trust, committed crimes against Federal  Judiciary; crimes against  the Constitution.

85.  The _criminal acts of extortion and ransom_ committed by felons Eastercrook , Sykes, Barrett and their "henchmen' a/k/a clerks, law clerk, are deliberate, wanton, pre-meditated ,and maliciously framed _dead and ghost cases_, fabricated the alleged  fees  due from 1996 to cover up the felony extortion, despite Plaintiff submitted evidence that "Zero dollars"  due.

86. As a direct and proximate result of the defendants' actions as narrated  in the foregoing paragraphs , Plaintiff   has  suffered damages , continue to suffer damages including but not limited   to damages caused to his  family, children, damages caused to his reputation, business, in  professional and industrial circle; denied petition to courts to redress grievances, a fundamental constitutional  right under the First Amendment Rights and Fourteenth Amendment Rights.

**WHEREFORE** , Plaintiff seeks judgement in excess of **FIFTY  million dollars** in compensatory, consequential damages and punitive damages of **ONE HUNDRED million dollars** collectively, entered in his favor and against  each  individual defendants Frank Eastercrook, Diane Sykes, Lorenzo Walker, Christopher Conway, James Richmond, Thomas Bruton , Sarah Schrup, Davis, Livermore,   Unknown law clerks John Doe, Jane Doe,  staff attorney Jane Doe  of Seventh Circuit , plus attorney fees and costs.

### COUNT VIII

**ABUSE OF AUTHORITY, MALICIOUS PERSECUTION, HARASSMENT
RETALIATION AGAINST PLAINTIFF'S WIFE AND FAMILY
VIOLATIONS OF HOBBS ACT, FIRST AMENDMENT RIGHTS
AND FOURTEENTH AMENDMENT RIGHTS**

**Defendants Eastercrook, Sykes, Kanne, Wood,  Pallmeyer, Finnegan,
Gettleman, Coleman
Appeal 20-1429, 21-1943 ; District case 18-cv-3019, 20-cv-837**

87. Plaintiff  adopts and incorporates paragraphs 1- 86  of this complaint  as fully set forth herein.

88. Plaintiff also incorporates in its entirety , Appellant' Brief in 21-1943 , 20-1429 where it is available to this  Court through PACER.

89. **Hobbs Act** make it a Felony  for abuse  of public office  for malicious persecutions and harassment under 'color of office.'

90. The perverted evil  scorpion and criminal crook , judicial goon  with questionable mental health to touch the *sacred black robe-* defendant thug Pallmeyer 'extended' her  rage of a serial killer , personal vendetta to Plaintiff 's wife and his family as well.

91. The criminal crook in black robe, thug Pallmeyer  'snatched' and 'seized' ' a randomly assigned case  20-cv-837 from  Judge Rowland to *humiliate* Judge Rowland;   re-assigned to her *hand strung puppet, a boneless* jelly fish , a despicable douchebag  and ugly creature, a judicial crook defendant Gettleman .

92. Thereafter , assigned the case to her  hand strung 'marionette' puppet Gettleman,  the evil Pallmeyer colluded with 'his'  gay  partner a  female hound -Sheila Finnegan to 'setup' a *sham hearing,*  'insinuating' the Plaintiff's wife as to her 'electronic signature' on a motion to remand the case back to Judge Rowland;  the motion which was denied by the non-jurisdictional to the case – felon , tyrant, dictatorial perverted sadist anarchist Pallmayer , a mental case maniac  who  made the motion  "unfiled", denied an "unfiled motion" despite 20-cv-837 is not before the criminal crook Pallmeyer  , rather is was before her slave , hand strung puppet and marionette , despicable scum Gettleman , (see opening brief in 21-1943) In all the crook Gettleman ,his butt-kisser Gilman , a perverted  mental case crook who this he is a 'federal judge' due to proximity of working close to his 'boss ass.'

93. Thereafter, the pathetic ,desperate, out of control maniac , and dangerously sick  psychopath defendant Pallmeyer with a rage of serial murderer, an incarnation of evil  and personification of *Satan* combined,  with questionable mental health to touch the black robe, to sit in Federal Judiciary, 'set-up' a  '*sham Rule to show cause hearing*' on the <u>denied, unfiled motion ,</u> as a prelude to dismiss the case 20-cv-837 as well, through her slave, marionette and  her butt-kisser defendant Gettleman, just like the perverted crook Pallmeyer did in 18-cv-3019 colluding with a felon Coleman . (see opening brief, reply brief in 20-1429; 21-1943).

94. The dismissal of 20-cv-837 appealed in 21-1943, though Plaintiff knew his wife will not get justice, as the evil crook Pallmeyer  will work   *behind the screen* upstairs with her counterpart   and her evil 'bedfellows'  defendants Eastercrook, Wood, Sykes , Kanne to dismiss the appeal, just like the perverted  sadist evil and venomous scorpion Pallmeyer did in  20-1429 appeal.

95. As a prelude to 'set up a dismissal', the evil tyrant , defendants Eastercrook , Sykes, Wood denied unconstitutionally "reply brief" in 21-1943 ,with n<u>o law , statute to  support ,</u> but citing a 'self-made ' law by the judicial tyrant , judicial felon  , judicial dictator , judicial crook and arrogant jerk named defendant Eastercrook , cited his  'one man bench order from "Chambers" of  an inapplicable *Custom Vehicles, Inc. v. Forest River, Inc*., 464 F.3d 725, 728 (7th Cir. 2006) Refer Appellant's Motion (53) in 21-1943  ( See Document 53,52,51,50,49 in 21-1943)

96. The said unconstitutional "blockade" of Reply brief is alleged as , due to  appellant (Plaintiff wife) filed a motion to strike the frivolous, scandalous, skinny, non-responsive seven page

appellee brief  sprayed with lies, unsupported by record, but  filed solely as a tarnishing

campaign of the appellant husband- despite   not  an   appellant in 21-1943.(This plaintiff).

97. As a direct and proximate result of the defendants' actions as narrated  in the foregoing

paragraphs , Plaintiff    has  suffered damages , continue to suffer damages including but not

limited   to damages caused by removing this Plaintiff in appeal 21-1943 ,when this Plaintiff

is co-plaintiff in 20-cv-837; damages caused by due process violation of  blocked the reply

brief from filed as the felon in *black robe* -Eastercrook in illusion he is a *damn   king* and in

delusion he could get away   with any crimes against the Judiciary as he is a *feces*  eating

Emperor of USA who  committed judicial tyranny ; judicial apartheid; and insurrection of

Federal Judiciary and treason against the United States Constitution.

**WHEREFORE** , Plaintiff seeks judgement in excess of **FIFTY  million dollars** in compensatory,

consequential damages and punitive damages of **ONE HUNDRED million dollars** collectively,

entered in his favor and against  each  individual defendants Frank Eastercrook, Diane Sykes, Diane

Wood, Michael Kanne , Sheila Finnegan, Robert Gettleman, Sharon Coleman , Steve Gilman, the

perverted ,sadist evil  maniac Pallmeyer , plus attorney fees and costs.

### COUNT IX

**ABUSE OF AUTHORITY,MALICIOUS PERSECUTION, HARASSMENT
RETALIATION AGAINST PLAINTIFF'S WIFE AND FAMILY
VIOLATIONS OF HOBBS ACT, FIRST AMENDMENT RIGHTS
AND FOURTEENTH AMENDMENT RIGHTS
ECO 20-cv-2984
Defendants  Thugs Pallmeyer ,  Finnegan, Gettleman**

98. Plaintiff  adopts and incorporates paragraphs 1- 97 of this complaint  as fully set forth herein.

99. Plaintiff 's wife belongs to select , elite group  as  National Board Certified Teacher, and a

highly respectable,  highly renowned  and regarded Educator even at one  point in short-list to

be considered for Best Teacher Presidential award during Obama Presidency ; Professor in

STEM, **S**cience **T**echnology, **E**ngineering and **M**ath ; and  has never been involved in any law suits until 2018.

100.    The two cases in over 35 years , 18-cv-3019 , 20-cv-837 Plaintiff wife  is made as a compulsory co-plaintiff  as a 'necessary' party Plaintiff, as the  underlying law suit dispute is from  mortgage contract where Plaintiff and his wife are co-signers. The law suit is stemmed from  breach of contract;  consumer  fraud;  escrow abuses;  defrauding and diverting the principal monies not applied  to Principals; defrauded escrow monies and not  disbursed  for taxes and insurance.  (see footnote on page 15)

101.    Since the mortgage instrument is co-signed by Plaintiff's wife  , necessitating her to be dragged into the law suit as co-plaintiff  unwillingly , even though  is filed in State court; but exposed to the hostile forum of District court  'catering to corporate crooks needs' and 'white collar criminals' owned by the corrupt crooks  Eastercrook, Sykes, Barrett. (See Exhibits A and Exhibit B )

102.    The perveretd evil and criminal crook defendant Pallmeyer found a  way to sabotage, destroy and demolish  Plaintiff's  wife credibility, character and to defame her in public domain,

just like the perverted crook and evil , crazy female hound (a/k/a witch)  Pallmeyer destroyed this Plaintiff  by projecting the plaintiff like a *hard core criminal* for the entire world to see.

103.    Plaintiff and his   wife health is destroyed; Plaintiff's wife  impeccable, outstanding professional career tarnished ,scarred by the perverted evil and sadist witch   and venomous scorpion named   defendant Pallmeyer.

104.    In the name of a sham, bogus  ,unconstitutional "Executive committed order" , just like the one manufactured, fabricated against this Plaintiff (12-cv-1698) , the   raging maniac and

a psychopath and mentally sick Pallmeyer manufactured, '*egged*' a docket 20-cv-2984 captioned  in the name of ' mickey mouse committee', an  unconstitional "Executive committee order"   sprayed with lies, spitted  with her venom, evil rhetoric with an ultimate agenda  to shut the doors to courthouse to  Plaintiff's wife as well.

105.    The perverted and out of control ,crazy, dangerous psychopath and blood thirsty hound and   sadist crook defendant Pallmeyer, managed to dismiss  the case 20-cv-837 by colluding with her 'bedfellow'  , marionette, and *hand-strung* puppet , the coward  crook Gettleman ,who has no self-esteem, self-respect  possess  no   judicial morale, judicial scruples, judicial conscience, dismissed 20-cv-837 in a one liner minute entry.

106.    As a direct and proximate result of the defendants' actions as narrated  in the foregoing paragraphs , Plaintiff  has  suffered damages ; continue to suffer damages including but not limited   to damages caused by removing this Plaintiff in 20-cv-837; dismissing the case 20-cv-837 in an one liner  Minute entry by the 'hand strung puppet' and a crook with   no judicial conscience  , *marionette* Gettleman;  damages caused by Plaintiff removed  in appeal 21-1943 as co-appellant ,when this Plaintiff is co-plaintiff in 20-cv-837; severe emotional harm caused to Plaintiff ; Plaintiff's wife ; family and children; defamation  of Plaintiff 's wife,  loss of consortium to Plaintiff ; *scarred* Plaintiff family for generations to come, a scar that cannot be erased  as the   evil witch and  Pallmeyer *criminalization* of the  Plaintiff  in 12-cv-1698; abuse  and defamatory rhetoric of Plaintiff 's wife in 20-cv-2984 .

107.    The fabricated docket 12-cv- 1698 and 20-cv-2984; "Mack order"  are not  generic civil cases *per se*,  where there is a Plaintiff and defendant, but rather created  as a channel to appease the vendetta , retaliation, of the crazy, raging hounds Pallmeyer, Eastercrook , Castillo who are coward criminal crooks  who committed felony  crimes taking 'cover' inside

a coward veil of a 'black robe'. The   trash, rubbish , venom spitted rhetoric in 12-cv-1698,

20-cv-2984 will stay in public domain for ever for the entire world to see for the life of the

Internet.

**WHEREFORE** , Plaintiff seeks judgment in excess of **ONE Hundred   million dollars** in

compensatory, consequential damages and punitive damages of **TWO  HUNDRED million dollars**

collectively,   entered in his favor and against  each  individual defendants ,  evil  Pallmeyer , her

puppet Robert Gettleman and Sheila Finnegan , plus attorney fees and costs.

### COUNT X

### The "Mack Order" is UNCONSTITUTIONAL

### Defendants Eastercrook, Rookie Barrett, Scorpions Sykes, Wood, Kanne, Gettleman, Coleman

108. Plaintiff  adopts and incorporates paragraphs 1- 107 of this complaint  as fully set forth herein.

109. The fabricated, 'profiled',  "Mack order" prohibiting, barring Plaintiff from access to any

Courts in Seventh circuit is unconstitional.

110. Additionally, the perveretd  sadist and criminal crook and hooligan  Eastercrook,  along with

his *bedfellows* denied lifting the "Mack order"  <u>even after two  years</u>, despite the "*Mack*"

order stated so, and denied a Petition to vacate the  Mack order on        June 10,2021 even after

two years passed since June 10,2019.

111. In essence , the perveretd  sadist ,violent ruffian Eastercrook,  along with his judicial co-

conspirators ,   criminal crooks and judicial thugs made  the "Mack order"  <u>permanent  for life,</u>

in violation of First Amendment Rights and Fourteenth amendment rights , to prohibit the

Plaintiff   to redress grievances in a court of law and  <u>permanently shut the doors  to courthouse</u>

to seek relief.

112. This <u>venomous, vicious  and unprecedented overwhelmingly breathtaking arrogant</u> abuse by the 'damn king' Eatsercrook,  a shit eating  'Emperor', his flagrant abuse and misuse of judicial authority is also intended to protect the white collar criminal corporate defendants who the criminal crook  Eastercrook and his cohort witches 'he bed with'  , by *manufacturing* , fabricating an unconstitutional laughable, bogus, made-up , and christened evil child  "Mack order" , egged and conceived by the evil Sykes and Barrett and fathered by an evil  judicial tyrant and judicial anarchist Eastercrook.

113.    As a direct and proximate result of the defendants' actions as narrated  in the foregoing paragraphs , Plaintiff  has  suffered damages , continue to suffer damages including but not limited   to damages caused by removing this Plaintiff in 20-cv-837; dismissal of  the case 20-cv-837 ; dismissal of appeal 17-2171 ; dismissal of the appeal 20-1429 [6] ; damages caused by  Plaintiff removed  in appeal 21-1943 ,when this Plaintiff is co-plaintiff in 20-cv-837; damages caused by Plaintiff unable to seek   any relief  even in State court against Ocwen defendants tort acts , as the unconstitutional "Mack" order is  irrelevantly cited by scorpion defendant lawyers  to get an undue  *tactical edge* in State  cases filed against defendant Ocwen.

114.    As a direct and proximate result of the defendants' actions as narrated  in the foregoing paragraphs , Plaintiff   has  suffered damages , continue to suffer damages including but not limited   to damages caused by removing this Plaintiff in 18-cv-3019; 20-1429 ; dismissal of the case18-cv-3019 in an one liner  Minute entry by the 'hand strung puppet' and a crook with no judicial conscience named Coleman ; damages caused by Plaintiff removed  in appeal 20-1429 , despite this Plaintiff has all along been a co-plaintiff in 18-cv-3019.

---

[6]  The dismissal in one liner   Minute entry of 20-cv-837 by the 'hand strung puppet' and a crook with  no judicial conscience named felon Gettleman  is  in pending appeal  21-1943

**WHEREFORE** , Plaintiff seeks judgement in excess of **FIFTY  million dollars** in compensatory,

consequential damages and punitive damages of **ONE HUNDRED million dollars** collectively,

entered in his favor and against  each  individual defendants Eastercrook, Sykes, Barrett,  Wood ,

Kanne,  Gettleman, Coleman, plus attorney fees and costs.

### COUNT XI

### ATTEMPTED MURDER OF THE PLAINTIFF
### Title 18 U.S. Code § 2261

### DEFENDANTS THUG REBECCA PALLMEYER, STEPEHN LINDER, THOMAS BRUTON, RUBEN CASTILLO, THUG EASTERCROOK,. EVIL SATAN SYKES, JOHN LAUSCH, EMERSON BUIE, MAUREEN MARIN

115.    Plaintiff  adopts and incorporates paragraphs 1- 114 of this complaint  as fully set forth herein.

116.    Plaintiff served the State law suit 20LA007 filed on January 13,2020 , suing the felons

Pallmeyer, Castillo , Bruton for the abuses of the  of the Plaintiff , which included outrageous

defamatory statements *criminalizing* the Plaintiff in the "ECO" on January 15th,2019 in

12-cv-1698  by fugitive felon  Ruben Castillo ;  further  spitted  more venom by  mental case

maniac and a crazy dangerous hound and a *predator*  to the public safety , thug Pallmeyer in

its September 2019.

117.    The aforesaid law suit was served on the defendants  Pallmeyer , Bruton abd thug

Castillo,  on January 17,2020 , with waiver of service of summons as allowed under the

Federal Rule.

118.    Within four days later ,on January 21,2020,  the defendant thugs Pallmeyer, Bruton ,

fugitive felon Ruben Castillo,  hired the 'hitman' , a *Federal Grand Jury indicted; Federal*

*Jury convicted  felon*  -defendant Stepehen Linder   a/k/a Steve Linden to murder the Plaintiff

(See **Exhibit C-**rapsheet of convicted felon Linder)

119.    On January 21, 2020, the felon Linder *attempted to murder* the Plaintiff by using a

government provided motorized vehicle when Plaintiff was leaving his home .

120.    Plaintiff fully believes, and has evidence that the defendants Maureen Merin , a AUSA

defendant Lausch , (U.S. Attorney at Chicago) ,Emmerson Buie, FBI agent had/have full

knowledge of the illegal, unauthorized presence of felon Linder  at the Plaintiff's property.

121.    Even though felon  Trump who claimed publicly he could shoot down anyone standing at

the Fifth avenue in  New York, and that he (felon Trump) could get away with it, defendant

Lausch , a Trump '*butt kissing'* appointee cared less to open a "Nexus" file on his 'chieftain'

Trump.

122.    However, for Plaintiff exercised non-violent means and  his legal ,lawful, constitutional

rights to sue the felons Pallmeyer, Bruton, Castillo , Eastercrook, Sykes for despicable

violent tort acts ; criminal acts as narrated in the Background Facts and the foregoing counts,

and irreparable defamation  and emotional scar caused for generations of Plaintiff and his

family, the calculative,  cunning defendant crooks Lausch ,Buie, Merin opened an

unconstitutional  *profile file* called 'Nexus'  , placing derogatory, detrimental data in law

enforcement data base, further *projecting* the Plaintiff as a *criminal.*

123.    Additionally the mafia thug Pallmeyer  after dispatching her "hitman" convicted Federal

felon  and murderous thug and a crazy blood thirsty dog  Stephen Linder, on January 21,2020 ,

colluded with the defendant  crook and another felon  Sharaon Coleman on January 27,2020 to

dismiss the  case 18-cv-3019 in a two liner Minute entry as narrated   in the Background Facts

and the foregoing counts,

124.    As a direct and proximate result of the defendants' actions as narrated  in the foregoing

paragraphs , Plaintiff   has  suffered damages , continue to suffer damages including but not

limited   to damages caused by severe emotional distress and mental anguish of Plaintiff life

threatened ; damages caused from defamation by  outrageous, illegal ,unconstitional ,

defamatory ,derogatory   and incriminating data  placed in law enforcement data base by

defendants Maureen Merin, John Lausch and Emerson Buie.

**WHEREFORE** , Plaintiff seeks judgement in excess of **ONE HUNDRED    million dollars** in

compensatory, consequential damages and punitive damages of **FIVE  HUNDRED million dollars**

collectively,  entered in his favor and against  each  individual defendants Pallmeyer, Bruton,

Castillo, Eastercrook, Sykes, John Lausch, Emerson Buie , Maureen Merin, convicted  by USDOJ

and FEDERAL FELON  Stephen Linder.

## COUNT  XII

### ATTEMPTED MURDER OF THE PLAINTIFF  BY THE DEFENDANT AMY CONEY BARRETT

### Title 18 U.S. Code § 2261

125.    Plaintiff  adopts and incorporates paragraphs 1- 124 of this complaint  as fully set forth herein.

126.    When the prospective federal prisoner  and soon to be indicted  white supremacist,

national terrorist , insurrectionist, and perveretd  pedophile,  sex offender, philandrist, rapist,

sexual predator,  pussygrabber-in-chief  - felon  Donald Trump appointed the imbecile,

retarded, religious extremist ,religious terrorist and cult group member  similar to KKK ,

defendant Barrett after an 'one night stand',  to Supreme court ,   Plaintiff embarked on a

vigorous  signature campaign and with civil activistic members ; constitutional lawyers;

Judicial Watchdog;  Civil Rights Organizations s to block the nomination of Barrett to

Supreme court.

127.    This is the same  crook and thug Barrett who sat on the panel in appeal 17-2171, a

criminal crook who committed Felony HIPAA crimes against the Plaintiff, for which this

thug  Barrett was sued along with her 'bedfellows'  Sykes and Eastercrook  in June 2019  ,

State court case no: 19LA198 before even nominated for Supreme court.

128.    The civil campaign to block the nomination of the *clueless crook* and thug Barrett  (who

never ever practiced before any court;   never been a  judge even as an Administrative judge),

included letters to Senators and Congressman, Petition before Chief Justice Roberts and other

lawful actions under First Amendment Rights, E mail letters to defendants Scirica, Horowitz.

129.     Plaintiff   sent E mails to defendant  Emerson Buie, Michael Horowitz , Anthony Scirica

and Senators in Senate Judiciary Committee including Senator Durbin, then Senator Harris,

(now V.P) to name  a few, copied to defendants Buie , and Lausch .

130.    The E mail to Horowitz  sought FBI protection as Plaintiff expected his life might be in

danger  for his lawful efforts and civic actions to block the nomination of  thug Amy Coney

Barrett

131.    Plaintiff had also previously noticed and served the State law suit 19LA198 to Barrett

who is  a defendant.

132.    Thereafter received the  E mail from  the Plaintiff, defendant Buie  ,under instructions from

defendant Lausch and Lausch counterpart ,a U.S attorney in Indiana who is husband of Barrett,

and as a favor to thug Barrett husband , Buie and Lausch  dispatched two  FBI thugs to

Plaintiff's residence  to intimidate , harass, threaten and including to commit murder of   the

Plaintiff . Such "ride" like unauthorized , threatening visit by the FBI felons around September

to November of  2020 is also intended as a 'spectacle' to project the plaintiff in negative light

to the community as a criminal   .

133.   Plaintiff has Home security surveillance video cameras  around the  home,  and will

present evidence  to a Jury, where the two maniacal , raging ,violent. murderous  FBI felons

dispatched  by defendant felon and thug Buie , Lausch could be seen in Home security

surveillance video , banging the doors, windows  violently with the rage of  a killer;

criminally trespassing and erratically meandering  ,trespassing all around   the house;

banging like a maniac  all  the windows with the neighbors watching the spectacle staged by

the  murderous, raging , blood thirsty crazy dogs from  'Felons Bureau  of Investigation'

"FBI" , projected the Plaintiff as a criminal in the community.

### Who is this crook , and attempted murder accomplice Amy  Crookie  Barrett

Barrett who had a noticeably short *stint* in Seventh Circuit, who never practiced

law; never had entered any court ; never had  any court room experience; never had any jurist

experience; never been a judge  in any capacity  including as Administrative Judge- sworn in

November  2017 in Seventh Circuit .  In an oral argument in May 2018 on case 17-2171

( Shekar v.Teledyne) , this imbecile  crook Barrett unfortunately   was ssigned to the panel

hearing the appeal, and had no clue of the  Appellant Mr. Shekar's case; just walked into  the

Bench with super damn arrogance and *nonchalant demeanor*,  and made her ignorance known as

to the case;  had not even   read one docket entry;   never uttered a word in oral  argument  and

sat like a *stone statute,* as she wanted to *conceal her ignorance of the appeal case* . She had no

damn  clue as she had not  read  the case, facts , brief ,arguments made  in the brief  , record

evidence .Plaintiff was represented by a counsel Michael Leonard a 30 year veteran practicing in

Seventh circuit.

Barrett belongs to and associates with  a Christian "cult" , a religious extremist group ,

more like the Christian  version of  terrorist group "ISIS," and an alter ego of KKK . So, it is no

wonder Barrett nominated  by another white supremacist, narcissist and soon to be  a Federal prisoner -Trump.[7]  The witch  and judicial evil  after *bed counseling* her husband , a  US attorney in Indiana , wanted to kill the Plaintiff for his efforts to block her  nomination . Barrett ventured into a campaign  to harass, intimidate, threaten this Plaintiff ,  including devising a strategy to murder the Plaintiff as narrated  in the foregoing paragraphs.

This religious extremist and white supremacist Barrett will be a terror for  the people in Seventh circuit and for Americans for many  decades if she is *not  removed and kicked out* of Federal Judiciary through Impeachment.   No doubt Barrett   will be destroying many families and  many lives if she is allowed to continue  her tenure  to commit  injustice; Civil Rights abuses; Constitutional  crimes and one who committed Felony HIPAA crimes ; felony under 18 U.S. Code § 2261   *sheltering and hiding*  by  donning a coward veil  of a black robe.

The prejudice, criminal obstruction of justice ,protecting corporate crooks;    protecting white collar criminals; criminal indulgence is  on record  in 17-2171.  No one will ever know what happened in  the "one on one"  "private" meeting and what   Trump is allowed to   "grab" to get  appointed Barrett to the   Supreme court  when there are  so many very highly qualified veteran District judges in Seventh Circuit  ,who have extremely high judicial scruples, extremely high morale, exceedingly high Judicial character.

For instance,   no one is more qualified to get appointed  to Seventh Circuit or Supreme court  like District Judges  Honorable  Thomas Durkin, Judge Gottschall, for example. It seems

---

[7]   The white supremacist , misogynist Trump who looks at every woman as a sex toy- one who talks of Bible all the time, but who committed every sin possible violating the sacred Ten Commandments and Biblical Tenets , with the leading, flagship sin of Adultery and  Pornography, one who has no morals, virtues; a pervert   who walked into Teen USA teenager dressing rooms to see their  naked bodies , but escaped scot-free and even became "President" Any other citizen  indulged  in this kind of despicable immoral character ,felony pedophile crime  and walked into teenager girls dressing room with a perverted sexual intent would have been branded as pedophile,  criminally charged with Felony  Aggravated Sexual harassment of  teenage girls. This judicial crook Barrett would even allow her own daughters to be sexually molested by Trump if she could get into a seat in  Supreme court. It was such a cruel joke she was even in the list to fill Scalia seat.

to get nominated to Seventh circuit ; one needs to be a " judicial prostitute" is the only

qualification during Trump administration.  In the racial bigot Barrett's crooked head , anyone

who is not white, or belong to any other religion other than Christian fundamentalist "cult" ,

they would be deemed a *second class citizen* and *do not deserve justice, do not have due process*

*rights* and will be denied even fundamental constitutional right to appeal as a matter of right, she

single handedly as a solo , denied an *en banc Petition* demanding Full court hearing in

appeal 20-1429.

America, which was color blind, start looking at other's 'skin color' , reversing back to

1960s.  The perverted bigots, racial crook Barrett who even made "Lady Justice" to unmask her

eyes and look at litigant ethnicity, religion ,color of skin to enter detrimental, unconstitional

orders.  Plaintiff (Appellant in 17-2171) was treated like *second or third class citizen* by this

biased, prejudiced, racially perverted crook , witch Barrett who render justice based on creed,

color, ethnicity and religion and not based on law, statutes, facts, record evidence

134.     Plaintiff reported to defendant Buie , Horowitz as to criminal violations of HIPAA in

        the per curium 'BS' in the final disposition of the appeal 17-2171 where the retarded crook

        Barrett sat in the so called "merit panel" and a signer in the final order ; reported other bias,

        prejudice, her 'cult' associations with a white supremacist and a Christian fundamentalist and

        extremist group, all of which should disqualify Barrett ever entering the Supreme court.

135.     Instead of taking the *lead* from the Plaintiff, and passing on to the Senate Judiciary

        Committee and appropriate hearings committee , Buie under a collusion with defendant

        Lausch and defendant Barrett husband (U.S attorney in Indiana) conspired a murder plot.

136.     When Plaintiff (Appellant) filed an *en banc* petition for full circuit hearing in appeal

        20-1429 , the criminal crook Barrett as a **one man bench** blocked the *en banc* and committed

*criminal obstruction of justice* denying Plaintiff (appellant) constitutional rights guaranteed to every citizen under the United States Constitution to redress grievances in a court of law.

137.   The criminal crook, thug and maniac  a white supremacist, a perverted racial bigot defendant Barrett dispatched FBI felons  in collusion with her husband and  defendant Lausch and Buie  to harass, intimidate and threaten and to cause  harm to the Plaintiff, including attempts to 'commit murder' of  the  Plaintiff , as will be proved  from  Home security system  Surveillance Videos.

138.   **Felony Crimes Pursuant to Title 18 U.S. Code § 2261   by Barrett, Buie, Lausch and two  unknown FBI thugs**
**DOMESTIC VIOLENCE, STALKING**

Damages  are rightfully sought under **Title 18 U.S. Code § 2261A Stalking**  which reads:

I.   **anyone** travels in interstate or  is present within the  territorial jurisdiction of the United <u>States,</u>  with the **intent to kill, injure, harass, intimidate, or place under surveillance** with intent to kill, injure, harass, or intimidate another person and in the course of, or as a result of, such travel or presence engages in conduct that—

(**A**) places that <u>**person in reasonable fear of the death**</u> **of or** <u>**serious bodily injury**</u> to a <u>person,</u> a pet, a <u>service animal,</u> an <u>emotional support animal,</u> or a horse described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or
(**B**) causes, attempts to cause, or **would be reasonably expected to cause substantial emotional distress to a** <u>**person**</u> described in clause (i), (ii), or (iii) of paragraph (1)(A),shall be punished as provided in <u>**section 2261(b) of this title**</u>. **18 U.S. Code § 2261.**

(**A**) **Section 2261(b)**

**PENALTIES.**—A <u>person</u> who violates this section or <u>section 2261A</u> shall be fined under this title, imprisoned—
(**1**)for life or any term of years if death of the victim results;
(**2**)for not more than 20 years if permanent disfigurement or life threatening bodily injury to the victim results;
(**3**) for not more than 10 years, if <u>serious bodily injury</u> to the victim results or if the offender uses a dangerous weapon during the <u>offense;</u>
(**4**) <u>as provided for the applicable conduct under chapter 109A if the offense would constitute an</u> <u>offense under</u> <u>chapter 109A (without regard</u> to whether the offense

was committed in the special maritime and territorial jurisdiction of the United
<u>States</u> and
( 5 )  **5 years, in any other case, or both fined and imprisoned.**

139.    As a direct and proximate result of the defendants' actions as narrated  in the foregoing

paragraphs , Plaintiff   has  suffered damages , continue to suffer damages including but not

limited   to damages caused by severe emotional distress and mental anguish of Plaintiff life

threatened ; damages caused from defamation of outrageous, illegal ,unconstitional ,

defamatory ,derogatory   and incriminating data  placed in law enforcement data base by

defendants Maureen Merin, John Lausch and Emerson Buie.

**WHEREFORE** , Plaintiff seeks judgement in excess of **FIVE  million dollars** in compensatory,

consequential damages and punitive damages of **TEN   million dollars**    entered in his favor and

against  individual defendant  Amy Coney Barrett  .

## COUNT  XIII

## FELONY THEFT BY CONVERSION

**Defendant Thugs Bruton, Pallmeyer , Eastercrook, Sykes, Barrett ,Conway,  Agnello**

140.    Plaintiff  adopts and incorporates paragraphs 1- 139 of this complaint  as fully set forth herein.

141.    Plaintiff filed an appeal in 12-cv-1698 and paid $505 filing fees.

142.    The defendant thugs Thomas Bruton and Pallmeyer accepted the filing fees ,but

defrauded the Plaintiff  by not  docketing the appeal, by manipulating and citing the

"Mack order."

143.    However  thug Bruton and Pallmeyer swindled the Plaintiff's monies; defrauded the

Plaintiff ; committed theft by conversion; refused  to refund the filing fees.

144.    Motions filed by the appellant in 21-1943 to compel District clerk Bruton  to refund the

fees ,alternatively to apply the  fees  for appeal of 20-cv-2984 (docketed under 21-1805) are

denied by the thugs Eastercrook , Sykes.

145.    Plaintiff  seeks refund of the $505 swindled, defrauded,  and  stolen $505 by Bruton,

Pallmeyer with statutory interest accrued at 9.5% per annum,

**WHEREFORE** , Plaintiff seeks judgement in an amount of  $650.51  entered in his favor and

against  each  individual defendants Pallmeyer, Bruton, Easterbrook,. Sykes, Barrett, Agnello and

Punitive damages of $5000 for willful, deliberate fraud , abuse  of Plaintiff's monies; theft by

conversion; embezzlement   and such damages entered against each individual defendants,

Thomas Bruton , Rebecca Pallmeyer, Frank Eastercrook, Diane Sykes, Amy Barrett, Gino Agnello,

Christopher Conway.

### COUNT  XIV

### COMMON LAW FRAUD; DECEIT; CASE FIXING, FRAUD ON JUDICIARY,FRAUD ON PLAINTIFF APPEAL 17-2171  15-cv-1392

### DEFENDANTS  EASTERCROOK, SYKES, BARRETT , GUZMAN

146.    Plaintiff  adopts and incorporates paragraphs 1- 145 of this complaint  as fully set forth herein.

147.    Rule 26 of F.R.C.P  requires that any party intends to  offer the testimony of an expert,

require to file a Rule 26 Forensic expert report.

148.     In the case Shekar v. Teledyne, 15-cv-1392 defendants counsel , a *bed fellow* of

Eastercook, defendant Guzman allowed a 'walk-in' expert witness who never filed any Rule

26 report.

149.    On appeal, 17-2171, the shameless creatures-Eastercrook, Sykes and Barrett  affirmed

such lower court Guzman abuse.

150.    It is an unprecedented  corruption of judiciary of "case fixing' for known appellees  law

firm whose chairman is a '*buddy and bedfellow'* of the mobster ruffians Eastercrook, Sykes.

151.    For instance, the shameless creature who has no-self-respect, dignity, self-esteem , the

perveretd sadist crook Eastercrook  went <u>against his own two opinions</u> as to  Rule 26

requirement ,  whereas  he affirmed the Guzman abuses.

152.    The double standards  will be evident in that in  a case where Eastercrook  cited the very

same Rule 26 in his own opinion in *Criple,*  an order affirming  dismissal of  a judgment  for

failure to comply with Rule 26, citing   Fed. R. Civ. P. 26(a)(2)(B),   *Criple v. Henkel* , 858

F.3d 1110 (7th Cir. 2017) ; *Tompkin v. Phillip Morris*, 362 F.3d 882, 895 (2004) ,

*Brainard v. American Skandia Life Ins. Sopr.*, 2005 WL 3533545 (6th Cir. 2005).

---

When the defendant *Henkel* moved for summary judgment based on failure to comply with Rule 26 , the trial court granted the motion, and Easterbrook affirmed it on appeal in *Criple* v.*Henkel* In the  opinion written by  perverted , biased, discriminatory crook Eastercrook with double standards, , with no self-esteem , held in *Criple*, that the  plaintiff   "*had failed to disclose any experts, or provide any expert reports*, under Fed. R. Civ. P. 26(a)(2)"  , added  "[y]*ou can't beat something with nothing.*"  Eastercrook cited another similar case in support of his ruling in *Criple* affirming  dismissal of  a judgment citing non-compliance of   Fed. R. Civ. P. 26(a)(2)(B), *Tompkin v. Phillip Morris*, 362 F.3d 882, 895 (2004),   *Brainard v. American Skandia Life Ins. Sopr.*, 2005 WL 3533545 (6th Cir. 2005).

---

153.    The difference in those cases referred above , are  defendant  is a corporation so

Eastercrook ,Sykes  were very eager to dismiss any judgment against their  'corporate

buddies' , citing Rule 26 not complied by the individual Plaintiff *Criple*. (See Exhibit B

where the report says the defendant felon  Sykes is <u>owned by the corporation</u>, such as

American Family Insurance in Wisconsin , where this goon protected her  corporate white

collar criminals for not paid catastrophic Home insurance claim for the Plaintiff in appeal

12-1872

**WHEREFORE** , Plaintiff seeks judgement in excess of **SIX HUNDRED  thousand dollars** in

compensatory, consequential damages and punitive damages of **TWO  million dollars** collectively,

entered in his favor and against  each  individual defendants  Easterbrook, Sykes, Barrett, Guzman.

## COUNT  XV

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## AGAINST ALL DEFENDANTS

154.    Plaintiff  adopts and incorporates paragraphs 1- 153 of this complaint  as fully set forth

herein.

155.    Plaintiff is inflicted severe harm due to the  intentional tort acts  inflicted  by the

defendant " crooks" to cause damages to Plaintiff   and to cause him severe emotional trauma

and distressful experience as proximate result of  defendants' despicable, vicious evil acts

which started in 2012 and continuing as of date of  this law suit in 2022 as pleaded in the

foregoing counts  of causes of action and Background facts .

156.    Defendants' conduct, as described in this complaint, are  *extreme and outrageous.* These are

not *run-of -the-mill* judicial character, judicial conduct a *mentally sane jurist  possess* in Federal

or State  Courts. These are *white collar criminals* who managed get onto Federal  Bench and

judiciary by butt-kissing politicians; and once donned the undeserved damn *black robe*

poisoning the *sanctity* of the *black robe* , *transform themselves  and become tyrants, dictators,*

*anarchists,  intoxicated  with the  undeserved authority* , *arrogance,* and get into the state of

dementia and delusion with and *schizophrenic symptoms*, *dreaming* as 'damn  kings' and  'damn

witchy queens.'

157.The despicable conduct and *anarchial arrogance* goes beyond all *bounds of decency*, such

that reasonable people and *commoner* like a Jury , on hearing the facts, would be compelled

to feelings of resentment and outrage—a point on which a jury need not speculate.

158.The conduct of the defendants are calculated , pre-meditated to willfully, viciously cause

extreme emotional distress to Plaintiff and his family . The criminal crook Eastercrook,

scorpion Sykes , a perverted racial bigot with *empty head* Barrett ; devil Diane Wood and

the Chieftain ruffian , perverted evil, sadist maniac and Judicial psychopath with clinically

provable schizophrenia, thug Pallmeyer in collusion with other 'crooks' and *henchmen*

indulged in the *repetitive , vindictive perverse felony acts* , driving the Plaintiff to wit's end

to defame; assassinated Plaintiff character; attempted assassination of the Plaintiff;

destroyed Plaintiff family to worry at loss of his pleasures of life, which are lost due to

*stress and anguish caused by the intentional tort acts* of the crooks named here as

defendants.

159.Plaintiff's personal life , family life , family peace , career ruined by the defendants'

intentional, malicious torts act which included frivolous, baseless , venomous, vicious

fabricated 'ECOs' against Plaintiff <u>and also against his wife as a remarkable show</u>

<u>unprecedented judicial arrogance; judicial anarchy; judicial tyranny</u> .

160.The criminal acts as described committed by the felons with breathtaking arrogance and

delusion that the judicial terrorist crooks Eastercrook, Pallmeyer, Sykes, Wood, Kanne,

Gettleman, Guzman, Coleman, Finnegan and their henchmen; clerks and felons Bruton ,

Conway, Agnello and their *henchmen* are in illusion and delusion <u>they are above the law.</u>

161. The brazen defamatory attacks on the Plaintiff conducted with perverted sadism by the

mental case w****e Pallmeyer who sprayed the "ECO " 12-cv-1698 with lies, and venom

spitted by the evil ,poisonous snake  and venomous   snake Pallmeyer are  intended so to defame the plaintiff and his wife ; to inflct  irreparable humiliating, derogatory *scar* to Plaintiff, Plaintiff's  family for generations by   published in internet which stays forever  for the whole world to see .

162.These emotional consequences are natural, severe and extreme. These  sorts of damages effected by the  are defendants' are intentional. Malicious with  perveretd sadism  to inflict and cause emotional distress to Plaintiff ,his wife and family;   to humiliate, defame, derogate the Plaintiff. Defendants  recklessly disregarded the probability or virtual certainty that it would have these emotionally  distressful effects.

163.  Defendants' outrageous conduct of *traumatizing and emotionally torturing* the Plaintiff over the entirety of past decade,  and continuing, more  specifically since January 2019 where the abuses  are *doubled  down criminalizing* the Plaintiff , with  multi-layer 'NUCLEAR' abuses and DRACONIAN defamatory and criminal conduct by  the fugitive felon and criminal crook Ruben Castillo;   thereafter  *tripled down* by the felon and criminal crook and a coward hiding inside a 'black robe' evil *piece of feces* named Pallmeyer  aided by her *gang of thugs*;  evil ,  perverted , sadist ,arrogant crook Eastercrook and his gang of thugs including a  Trump *cult member* Amy Barrett ; outrageous  abuses from  the January 15, 2019 ECO criminalizing the Plaintiff ;   the *extortion and ransom* order by thug Eastercrook on  July 10, 2019  in the *disguise* of  a *Mack* order-all of which caused extreme emotional damages, emotional trauma to the Plaintiff ,his family, his children and Plaintiff generations to come.  This is an outrageous overreach of extreme abuses  with super judicial arrogance  by criminal crooks and thugs who would have been  disbarred as attorney if in private practice.

164. The defendants knew foreseeably and proximately would cause these effects of emotional trauma and distress to Plaintiff.

165. Plaintiff is damaged, not only in the special pecuniary ways indicated, and in ways causing great emotional distress and anguish due to Plaintiff 's family name tarnished ; reputations damaged by the felon and a raging blood thirsty crazy hound Pallmeyer , and her counterpart in Appellate courts - evil crook Sykes and her *bedfellow* Eastercrook.

166. The crazy, out of control maniac and mental case , hooligan Pallmeyer projected the Plaintiff to the entire world and the business community as a *criminal , irresponsible, frivolous individual* by the abusive ECO masterminded by the felons Eastercrook who was sued in United States Supreme court through a Petition for Impeachment filed by the Plaintiff for 'case fixing' with his cohort evil Sykes for their client American Family Insurance in appeal in 12-1872 [8] .

167. These emotional consequences are natural, severe and extreme. These sorts of effects are defendants main intention, to humiliate, defame, derogate the Plaintiff; defendants recklessly disregarded the probability or virtual certainty that it would have these emotionally distressful effects.

168. As a direct and proximate result of the defendants' actions as narrated in the foregoing paragraphs , Plaintiff has suffered damages , continue to suffer damages , such damages

---

[8] Plaintiff served the Supreme court petition to felons Eastercrook, Sykes and their 'henchmen' in December 2018; thereafter the criminal crook Eastercrook, his criminal accomplices Sykes , in collusion with their henchmen Agnello, Conway, Bruton and fugitive felon and criminal crook and former 'chief felon' of ILND ,defendant Ruben Castillo , EMBARKED ON A SMEARING AND DEFAMATORY CAMPAIGN AGAINST THE PLAINTIFF; in collusion with felon Easterbrook and Sykes, manufactured ,fabricated an amended 12-cv-1698 on January 15,2019 'criminalizing' the Plaintiff and further humiliating the Plaintiff that whenever Plaintiff appears in his 'civil' case that Plaintiff treated like a 'criminal' defendant escorted by felons like Stephen Linder and other felons at U.S Marshall office who paraded the Plaintiff's *cul de sac* property on January 21,2020 ; Despite reported this abuse by U.S marshal to defendant crook Donald Washington, Trump appointed ruffian never cared to take any action .

include but not limited to emotional trauma from the  defamatory effect and **inerasable scar** caused to Plaintiff , his family for generations  to come .

**WHEREFORE** , Plaintiff seeks judgment in excess of **FIVE Hundred   million dollars** in compensatory, consequential damages and punitive damages of **ONE THOUSAND million dollars** collectively, entered in his favor and against  each  individual defendants  plus attorney fees and costs.

## COUNT XVI

## INTENTIONAL INFLICTION OF   MENTAL ANGUISH

## AGAINST ALL DEFENDANTS

169.   Plaintiff  adopts and incorporates paragraphs 1- 168 of this complaint  as fully set forth herein.

170.   Defendants " crooks" through their tort acts , inflicted  severe harm and caused damages to Plaintiff   intended to cause him severe emotional trauma and distressful experience as proximate result of  defendants' despicable, vicious evil acts which started in 2012 and continuing as of date of  this law suit in 2022 as pleaded in the previous paragraphs.

171.   Defendants " crooks" inflicted  severe mental anguish   emotional harm and damages to Plaintiff , to cause him severe emotional trauma and distressful experience as proximate result of  defendants' despicable, vicious evil acts which started in 2012 and continuing as of date of  this law suit in 2022 as pleaded in the previous paragraphs.

172.   Defendants' conduct, as described in this complaint, are  *extreme and outrageous.* These are not *run-of -the-mill* judicial character, judicial conduct a mentally sane jurist  possess in Federal or State  Courts. These are *mafias* who managed get onto Federal  judiciary by butt-kissing politicians.

173. The despicable conduct and anarchial arrogance  goes beyond all *bounds of decency*, such that reasonable people, on hearing the facts, would be compelled to feelings of resentment and outrage—a point on which a jury  need not speculate.

174. The  conduct of the defendants are calculated , pre-meditated to willfully, viciously cause extreme emotional distress  to Plaintiff and his family . The criminal crook  Eastercrook, scorpion Sykes , a perverted racial bigot with *empty head*  Barrett ; devil Diane  Wood and the  Chieftain thug ,  perverted evil, sadist  maniac  and Judicial psychopath with clinically provable schizophrenia thug Pallmeyer in collusion with other  'crooks' and *henchmen* indulged in the *repetitive , vindictive perverse  felony acts* , driving the Plaintiff  to wit's end to defame; to  assassinate Plaintiff character; destroy Plaintiff  family for worry at loss of his pleasures of life,  which are lost due to  *stress and anguish caused by the intentional  tort acts* of the crooks named here as defendants.

175. Plaintiff's personal life , family life , family peace , career  ruined  by the  defendants' intentional, malicious torts act which  included  frivolous, baseless ,  venomous, vicious fabricated  'ECOs' against Plaintiff and also against his wife as a  remarkable show unprecedented judicial arrogance;  judicial anarchy;  judicial tyranny .

176. The  criminal acts as described committed by  the violent mafia thugs  committed with breathtaking arrogance and delusion that the defendants Eastercrook, Pallmeyer, Sykes, Wood, Kanne, Gettleman, Guzman, Coleman, Finnegan  and their henchmen; felonious clerks  Bruton , Conway, Agnello  and ther henchmen are  in illusion and delusion they are above the law.

177. The brazen defamatory attacks on the Plaintiff conducted with  perverted sadism by the mental case w***e Pallmeyer who sprayed the "ECO"  12-cv-1698 with lies, and the  venom

spitted by the evil   poisonous snake  and venomous ,perverted crook Pallmeyer are  intended

so,  to defame the plaintiff and his wife ; to inflict  irreparable humiliating, derogatory *scar* to

Plaintiff, Plaintiff's  family for generations by   published in internet which stays forever  for

the whole world to see .

178.These emotional consequences are natural, severe and extreme. These  sorts of damages

effected by the  are defendants' are intentional. Malicious with  perveretd sadism  to inflict

and cause mental anguish to Plaintiff , his wife and family;   to humiliate, defame, derogate

the Plaintiff. Defendants  recklessly disregarded the probability or virtual certainty that it

would have these emotionally  distressful effects.

179.  Defendants' outrageous conduct of *traumatizing and emotionally torturing* the Plaintiff

over the entirety of past decade, more  specifically since January 2019 where the abuses  are

*doubled  down,* with  multi-layer abuses by  the fugitive felon and criminal crook Ruben

Castillo, criminalizing the Plaintiff; thereafter  *tripled down* by the thug ,criminal crook and a

coward hiding inside a 'black robe' evil piece of *feces*  named Pallmeyer , aided by her

'*gang of hooligans'* ; evil , perverted , sadist , arrogant *ruffian and bully*  Eastercrook and his

'*gang of hooligans*' including a  Trump *cult member* Amy Barrett; outrageous  abuses from

the January 15, 2019 ECO *criminalizing* the Plaintiff as a vendetta [9] ; thereafter sought

*extortionary   ransom*  by ruffian Eastercrook on  July 10, 2019   in the *disguise* of  a *Mack*

---

[9] An appeal filed against American Family Insurance for denying a catastrophe Home insurance claims caused by windstorm, lightning  strike, tree fall , catastrophe roof damages , in appeal in 12-1872. The felon who dismissed the district case for undisclosed 'bribes' is none other than   the  evil witch  Pallmeyer. Thereafter in collusion with her bedfellows, criminal  Eastercrook and corrupt evil    owned by corporation – Diane Sykes, dismissed the appeal . In addition as additional favors for 'bribes' paid to the criminal  crook  Pallmeyer, Eastercrook and  Sykes, the perverted judicial felon from Wisconsin -Diane Sykes permanently 'fixed'  the  case for her client  Wisconsin based American Family Insurance in that  the Plaintiff is barred from suing  American Family Insurance anywhere Seventh  circuit including Sate Court.

order- all of which caused extreme  emotional damages, emotional trauma to the Plaintiff ,his

family, his children and Plaintiff generations to come.

180. This is a classic text book definition of   *out of control maniacs  in black robe*  intoxicated

with absolute  authority as a dictator, tyrant and anarchist; outrageous overreach of extreme

abuses  with super judicial arrogance  by criminal crooks and these hooligans and judicial

rowdies   who would have been  disbarred as attorney for felony if in private practice; who

have no immunity to be prosecuted for Federal and State crimes .

181. The  defendants knew foreseeably and proximately would cause  these effects of emotional

trauma and distress   to Plaintiff .

182. Plaintiff  is  damaged, not only in the special pecuniary ways indicated, and in ways causing

great emotional distress and anguish due to Plaintiff 's  family name tarnished ; reputations

damaged  by the felon and a raging blood thirsty crazy hounds Pallmeyer , and her counterpart

in Appellate courts - evil crook Sykes and her *bedfellow* Eastercrook.

183. The crazy, out of control maniac and mental case , thug Pallmeyer projected the Plaintiff   to

the whole world and the business community as a *criminal , irresponsible, frivolous individual*

by the abusive amended ECO of January 2019 masterminded by the perverted sadist , ransom

seeking and extortion felons - Eastercrook who was  sued   in United States Supreme court

through a Petition for Impeachment filed by  the Plaintiff for 'case fixing' in 17-2171 for their

'buddies' defendant law firm Chairman ; for sued Eastercrook and Sykes even in 2012 in U,S

Supreme court with Petition for Referral for Impeachment for dismissing the appeal 12-1872

in collusion  with his cohort evil and 'bedfellow" with scorpion face -Diane Sykes for 'fixing'

the appeal for their client American Family Insurance in appeal in 12-1872  [10] .

---

[10] Plaintiff  served the Supreme court petition to felons Eastercrook, Sykes  and their 'henchmen'  **in December 2018**;
for 'fixed] the appeal 17-2171 for their 'bedfellows' and  client Winston and Storm for 'cash for case fix " deal;

184. These emotional consequences are natural, severe and extreme. These sorts of effects are defendants main intention, to humiliate, defame, derogate the Plaintiff; defendants recklessly disregarded the probability or virtual certainty that it would have these emotionally distressful effects.

185. As a direct and proximate result of the defendants' actions as narrated in the foregoing paragraphs , Plaintiff has suffered damages , continue to suffer damages , such damages include but not limited to emotional trauma from the defamatory effect and **inerasable scar** caused to Plaintiff , his family for generations to come .

186. The conduct of the defendants are calculated , pre-mediated to cause extreme mental anguish willfully, viciously to Plaintiff and his family . The criminal crook Eastercrook, scorpion Sykes , a perverted religious extremist and racial bigot and empty headed Barrett ; devil Diane Wood , and the Chieftain mafia of the "cult" called "Executive committee" , a perverted evil, sadist maniac and Judicial psychopath and mental case ,felon Pallmeyer in collusion with other 'crooks' and *henchmen* indulged in the *repetitive , vindictive perverse felony acts* , driving the Plaintiff to wit's end to defame; assassinated Plaintiff character; attempted assassination of the Plaintiff ; destroyed Plaintiff family and to worry at loss of his pleasures of life, which are lost due to stress and anguish caused by the intentional tort acts of the crooks named here as defendants.

---

thereafter the criminal Eastercrook, judicial witch Sykes , in collusion with their henchmen Agnello, Conway, Bruton and fugitive felon and criminal hooligan former chief felon of ILND - defendant Ruben Castillo ,in collusion with felon Easterbrook and Sykes, manufactured ,fabricated an amended 12-cv-1698 on **January 15, 2019** '**criminalizing**' the Plaintiff and further **humiliating** the Plaintiff that whenever Plaintiff appears in his 'civil' case that Plaintiff be **treated like a 'criminal' defendant** escorted by felons like Stephen Linder and other felons at U.S Marshall office . Despite reported this abuse by U.S marshal to defendant crook Donald Washington, that Trump appointed mongrel never cared to take any action, in addition to continuing the employment of the convicted federal felon Stephen Linder. Exhibit C.

187. Plaintiff's personal life , family life , family peace , career  ruined  by the  defendants'
intentional, malicious torts act which  included  frivolous, baseless ,  venomous, vicious
fabricated  'ECOs' against Plaintiff <u>and also against his wife as a peak of perverted sadism by the</u>
mental case w****e Pallmeyer who sprayed the ECO with lies, and venom spitted by the evil,
poisonous snake   Pallmeyer ' is intended so to defame the plaintiff and his wife ; to inflict
irreparable humiliating, derogatory *scar* to Plaintiff, Plaintiff's  family for generations by
published in internet which stays forever  for the whole world to see .

188. These emotional consequences are natural, severe and extreme. These  sorts of effects are
defendants' main intention, to inflict ,to humiliate, defame, derogate the Plaintiff; defendants
recklessly disregarded the probability or virtual certainty that it would have these emotionally
distressful effects.

189.  Defendants' outrageous conduct of *traumatizing and emotionally torturing* the Plaintiff
over the entirety of past decade, more  specifically since January 2019 where the abuses  are
*doubled  down,* with  multi-layer abuses by  the felon  and criminal crook Ruben Castillo,
criminalizing the Plaintiff; thereafter  *tripled down* by the   criminal crook and a coward felon
hiding inside a 'black robe' ,an evil *piece of feces*  named Pallmeyer , aided by her *gang of*
*hooligans*  ; evil , perverted , sadist ,arrogant ,ill-mannered jerk  Eastercrook and his gang of
felons  including a  Trump *cult member* Amy Barrett; outrageous  abuses from  the January
15, 2019 ECO *criminalizing* the Plaintiff as a vendetta  ; thereafter sought   *extortionary*
*ransom*  by thug Eastercrook on  July 10, 2019   in the *disguise* of  a *Mack* order- all of which
caused extreme  emotional damages, emotional trauma to the Plaintiff ,his family, his
children and Plaintiff generations to come.

190. The defendants knew foreseeably and proximately would cause these effects of emotional trauma and distress to Plaintiff .

191. Plaintiff is damaged, not only in the special pecuniary ways indicated, and in ways causing great emotional distress and anguish but Plaintiff 's family name tarnished ; reputations damaged by the thug Pallmeyer , a raging blood thirsty crazy hound and her counterpart in Appellate courts - evil crook Sykes and her bedfellow Eastercrook.

192.   Defendants' conduct, as described in this complaint, are *extreme and outrageous*. These are not *run-of -the-mill* judicial character, judicial conduct a *mentally sane jurist possess* in Federal or State Courts. These are *ruffians and white collar criminal crooks* who managed get onto Federal Bench and judiciary by        butt-kissing politicians; and once donned the undeserved damn *black robe* poisoning the *sanctity* of the *black robe*, *transform themselves and become tyrants, dictators, anarchists, intoxicated with the undeserved authority* , *arrogance,* and get into the state of dementia and delusion with and *schizophrenic symptoms*, *dreaming* as 'damn kings' and 'damn *mutt* queens.'

193. Plaintiff is damaged, not only in the special pecuniary ways indicated, and in ways causing great emotional distress and anguish by the abusive ECO masterminded by the thugs Eastercrook, maniac with questionable mental health to touch the black robe ,a raging psychopath and evil named Pallmeyer, fugitive felon defendant Castillo, projected and published in internet for the world to see and to humiliate the Plaintiff in the professional and business community that Plaintiff is a criminal , irresponsible, frivolous individual.

194. These emotional consequences are natural, severe and extreme. These sorts of effects are defendants main intention, to humiliate, defame, derogate the Plaintiff; defendants recklessly

disregarded the probability or virtual certainty that it would have these emotionally  distressful effects.

195.    As a direct and proximate result of the defendants' actions as narrated  in the foregoing paragraphs , Plaintiff   has  suffered damages , continue to suffer damages , such damages include but not limited to emotional trauma from the  defamatory effect and **inerasable scar** caused to Plaintiff , his family for generations  to come .

**WHEREFORE** , Plaintiff seeks judgment in excess of **FIVE Hundred   million dollars** in compensatory, consequential damages and punitive damages of **ONE THOUSAND million dollars** collectively, entered in his favor and against  each  individual defendants  plus attorney fees and costs.

## COUNT XVII

## EXEMPLARY DAMAGES

## ALL THE DEFENDANTS

196.    Plaintiff restates and re-alleges paragraphs 1 through 195 of this Complaint at Law as  fully set forth herein.

197.    United States Supreme court in *Bose Corporation* said , "judges must act as  *gatekeepers* of the Constitution and First Amendment Rights" .

198.    As shown here in the entire pleadings the defendant thugs ,  are  'gate breakers' and vandals, insurrectionist of the Federal Judiciary and the Constitution;   unprosecuted felons , and no different than the thugs  raided the Capitol on January 6th, except the felon Pallmeyer and her 'henchmen' Gettleman, Finnegan,  Coleman; felon  Eastercrook and his 'henchmen' Sykes, Barrett , Wood, Kanne are *coward hooligans  and vandals*  committing crimes *clothed* inside a *coward*  black robe, as they knew *without the robe,*  these criminals will be serving

time  in prison and sued like any other person who committed horrible, perverted, sadist evil TORT ACTS.

199.   **Exemplary damages are sought as "** *Society demands more of judges than of other persons because of their elevated position     in which they are expected to be* **fair and honest** " . Federal Judge – Northern District Honorable Thomas Durkin while sentencing a judge to six (6)  years in Federal prison.

200.   Another Federal Judge in ILND ordered that a Cook County Judge must stand Trial and has no immunity ( Judge Evans has been sued over 30 times in Federal court in Illinois by various Plaintiffs for his absues ) **:**

> Judge Gottschall –ILND; the court declines to find that absolute judicial immunity bars §
> 1983 official capacity claims against Judge Evans . Cited authorities: Novak v. Hall, No.
> 14 C 801, 2015 WL 5768569, (N.D. Ill. Sept. 30, 2015) DeVito v. Chicago Park Dist., 83
> F.3d 878, 881 (7th Cir. 1996); Kentucky v. Graham, 473 U.S. 159, 165-66 (1985));
> Prakel v. Indiana, 100 F. Supp. 3d 661, 677 (S.D. Ind. 2015)

201.   The facts pleaded in this complaint in the foregoing Counts and the resulting damages are caused by the perverted, sadist  evil acts  by the defendants and are   done with flagrant , breathtaking  arrogance ; are wanton and deliberate abuses by the defendants   - Eastercrook, Sykes which started in 2012 by a retired chief crook Holderman, *doubled and tripled down those abuses* by fugitive felon  , a criminal  Ruben Castillo and   *psychopath maniac with questionable mental health to sit on Judiciary-*  evil crook Pallmeyer .

202. As stated in all counts, the perverted sadist acts by the defendants  are conducted by the with willful, malicious intent to cause harm to the Plaintiff and his wife and family and are qualified to be awarded for exemplary  damages,  the amount  to be decided by a Jury.

203. Plaintiff  will prove  to a Jury   due to the  outrageous abuses, malice, wanton , deliberate criminal  acts of defendants and intentional tort acts , defendants  are liable to pay exemplary damages awarded to the plaintiff *as special circumstance*.

204.The despicable sadist perverted crooks,  a psychopaths  defendants , Eastercrook, Pallmayer and  their 'henchmen'  –  felons  clerk Gino Agnello,(retired) , a perverted crook,  and white supremacist  and a fat s##t eating pig named Thomas Bruton;  criminal crooks Christopher Conway, Sarah Schrup, Collins Fitzpatrick (retd) ,  carried out the sadist acts  of blocking Plaintiff filings with willful malice and knowledge that such acts will cause harm to the Plaintiff and his case and cause; willful ,wanton abuses knowing fully well such unconstitional acts constitute Federal crimes   under First Amendment rights and Fourteenth Amendment Rights  guaranteeing  Citizens with unfettered access to court to petition for grievances.

205. The outrageous  abuse by the defendants 'bullies and hooligans' and the perveretd sadist maniac  Pallmeyer and her 'bedfellow' with no self-esteem and self-respect  Eastercrook, blocked even E mail filings   allowed  for *pro se* , a program set  during Covid Pandemic ; blocked  phone calls to clerk orchestrated by the perverted ,sadist criminal crook Pallmeyer, which   as "copycat 'the despicable , pathetic creature  and piece of  *feces*  and criminal crook Eastercrook  transposed that unconstitutional act by his  '*bedfellow*' - scorpion and another piece of *feces* named Pallmeyer ,  to appellate court as well and blocked Plaintiff's wife from using *pro se* Email ID to send filings,  which is allowed to all other *pro se parties* , and thus <u>discriminated </u> the Plaintiff and his wife.

206.The actions of the   Defendants are wanton, reckless and willful and driven by *perverted sadism* with the rage of a serial killer.

207. The Defendants acted with reckless disregard to laws , Statutes and knew all their unlawful acts against the Plaintiff   are punishable in a Civil action qualifying for damages awarded to the Plaintiff .

208.    As pleaded in every counts of action in this complaint, the   Defendants have caused enormous harm, severe injury to Plaintiff , his wife,   family and relatives, destroyed  plaintiff reputation  and the defendants and   intended to inflict such damages through  their intentional tort acts as narrated in in each counts of  action and opening paragraphs and  must pay exemplary damages.

209.    As  pleaded in every counts of action in this complaint , defendants knew  their malicious vicious acts would cause harm to Plaintiff   and there will  be consequential damages, as proximate cause  of the defendants' ruthless ,sadist  criminal acts.

210.    As a direct and proximate result of the actions of the Defendants as detailed in this entire complaint in foregoing  counts  , it is clear that the defendants deliberately indulged in  numerous tort acts, including criminal acts ,  including  criminal intent to inflict battery on  plaintiff  if he appears in his case by using the criminal vamp  Pallmeyer hired felons and convicted felons   to injure and harm the Plaintiff and even to commit *murder* on Plaintiff  .

211.    Plaintiff , for exercising his duly allowed  lawful constitutional right of  filing papers and petitioning courts ,   including in Supreme court  to question the  judicial abuses, is plaintiff's "Bill of Rights" as an American Citizen  and such rights are guaranteed to the plaintiff by the  Constitution of the United States; protected free speech under First Amendment Rights;   protected rights to pursue claims for damages under the Fourteenth Amendment  Rights .

212.   As a retaliation and intimidation and criminal extortion to prohibit Plaintiff from exercising his   legal rights,  the  white collar criminal defendants threatened, harassed, continue to threaten, harass, and block filings and to shut the  door to courthouse permanently,  cowardly hiding under the  *mask and veil* of an "ECO:" and  "Mack order" .

213.   These  damn crooks , mental case, psychopath , perverted criminal crook , narcissist and schizophrenic and sadist  pervert , a racial bigot Pallmeyer in delusion as some sort of  damn 'queen' ; and the damn crook,  mental case, psychopath , perverted criminal crook , narcissist and   schizophrenic  criminal   who has a genetic  perverted sadism-crook , a perverted racial bigot crook,  Eastercrook  , scorpion Sykes , act as if  these white collar criminal mafia thugs own the entire Dirksen Federal  Building.

214.   Based upon all the foregoing facts and pleadings,  it is clear *beyond preponderance of doubt* that the  defendants acted in reckless disregard to Plaintiff's  rights,  repeatedly violated the charters of Illinois and United States  constitution ; committed criminal act under  arrogance of (un)qualified immunity ; committed crimes  under  color of law and committed felony acts to cause harm to Plaintiff , knowing fully well there would be consequences of their tort acts.

215.   The defendants Pallmeyer ,Eastercrook, Sykes, Wood, Kanne , Gettleman, Finnegan Coleman,  Barrett are basically  *blood thirsty hounds* and criminals       taking *cover* behind the *coward veil of a black robe* and under the camouflage of *color of law*.

216.   The anarchial arrogance of the defendants  Eastercrook, Pallmeyer ,  Sykes, Barrett, Coleman, Gettleman, Sykes, Finnegan, Wood ,    these crooks who *eat and shit*  like any human being are in fantasy they  are some sort of *damn super human*  whereas these unsightly *creatures*  are despicable  *douchebags* and   cowards masked under the *black robe*

*committing crimes, ,*  hiding inside  an unqualified  costume;   such unlawful acts   are qualified for exemplary damages to be decided before a Jury.

217.    The defendants  Eastercrook,  Sykes, Barrett, Coleman, Gettleman,  Wood , Kanne abused the authority, and the subsequent criminal acts were /are  viciously conceived , pre-meditated , masterminded to harm the Plaintiff with wanton , deliberate malice, for which exemplary damages are sought as matter of law , against each individual defendants who are the actors in this  causes of  action .

218.    Based upon all of the foregoing facts and pleadings, it is clear that defendants violated the law;  all relevant statutes cited in this complaint and committed *unconscionable, sadist*, *perverted*  criminal acts against the Plaintiff  ,  his wife and family , including maliciously libeling and slandering the Plaintiff Mr. Shekar as a *criminal*;  and defaming   Plaintiff by an illegal , Unconstitutional  "Mickey mouse Committee order' *made-up* a by a 'Pallmeyer cult' slandering ,libeling the plaintiff as a *criminal;*  libeling and slandering the Plaintiff Mr. Shekar's wife and defaming   Plaintiff and his wife , and published it for the whole World to see.

219.    The  sadist , mental case maniac and narcissist Pallmeyer  did not have even  have jurisdiction in case 20-cv-837; 18-cv-3019 , nevertheless 'played her strings' tied to her 'keyed' puppets,   her marionettes Gettleman and Coleman to have both cases dismissed in a one liner.

 United  States Supreme Court  in *Cary v. Piphus* : "*Any orders entered without jurisdiction are nullity and void and has no effect. The aggrieved party who is a victim of such judicial overreach and judicial abuse can seek damages in a court as there is no immunity protection.*"  *Cary v. Piphus ,* 434 U.S 247,253  ( 1978)" . "*Judicial Immunity is lost when a*

*Judge had no jurisdiction and/or lack jurisdiction*" See *Zeller v. Rankin,* 101, S.Ct 2020,

451 U.S 939., 69

220.   The psychopath, mental case ,and dangerous  predator top public - Pallmeyer who is

suffering from clinically provable schizophrenic and homicidal tendencies  ,  *pulled the*

*strings* on her marionette defendant Coleman to dismiss the case in a one liner Minute entry;

and further played her strings with    'bedfellows' Eastercrook ,Sykes , Kanne to dismiss the

appeal 20-1429

221.   The psychopath, mental case ,and dangerous  felon  Eastercrook, Sykes and the felon

Trump 'pet puppet'  Barrett did not even   have jurisdiction in 17-2171  when  fabricated the

ransom "Mack order" seeking *extortionary ransom*   $ 8000 by felons  Eastercrook, Conway,

Richmond , Bruton,  Schrup, Barrett, Sykes, 'henchman' staff attorney Jane Doe;

'henchmen' Catrina Livermore,  Lorenzo Walker and Tiana Davis ,"staff attorney" with no

name , who all played 'henchmen' to fabricate the *ransom amount* as to alleged fees due

222.   Based upon all the foregoing facts and pleadings, defendants ruffians. and judicial

'bullies' -Eastercrook, psychopath and narcissist Pallmeyer  , white supremacist and

extremist  cult crook ,  KKK clown  Thomas Bruton, Conway, Agnello,  Dammons ,

Wojdylo , Fitzpatrick   are liable as individuals for exemplary  damages  and every individual

defendants who are   actors , accomplices in this causes of action .

223.   Based upon all the foregoing it is truly clear defendants intended to incriminate plaintiff ,

indulged in unscrupulous acts, maliciously persecuted the Plaintiff ; Plaintiff wife; profiled

the  plaintiff ; committed felony crimes of malicious persecution  masterminded by  a crazy ,

psychotic, neurotic , psychopath and criminal  crooks and goons -  Pallmeyer, Eastercrook

Agnello , Bruton, Conway, Richmond , Collins Fitzpatrick, Sarah Shrup.

224.    Based upon all the foregoing it is truly clear defendants intended to incriminate plaintiff and to cause harm to Plaintiff painting him as a *criminal,* with a false , fabricated ECO with the false hope this felon  Pallmeyer and her *ruffians* can *get  away* with  such crimes; with a false , fabricated ECO with the false hope this felon Pallmeyer and her goons can *get  away* with  such crimes.

225.    The despicable, unconscionable, unscrupulous, perverted ,sadist  acts of the defendants as described above warrant severe exemplary  damages  to be awarded in favor of Plaintiff and against each individual defendants, and such damages to be decided by a Jury.


**WHEREFORE**, the Plaintiff  requests this Honorable Court to enter judgment in   his favor  and against each of the   Defendants for Exemplary  damages cumulatively in excess of **ONE BILLION  DOLLARS** and  any such amount a Jury find fair and just and to punish and deter the defendants from indulging in such acts against the Plaintiffs and/or towards anyone in future plus costs, attorney fees.

### IV . ORDER  FOR PERMANENT INJUNCTION,  ORDER OF PROTECTION AND RESTRAINING ORDER

226.    Plaintiff incorporate the paragraphs 1 through 225  as if  fully stated herein.

227.    The abuses, criminal acts and despicable , sadist perverted  psychotic behavior , and misconduct  and the criminal acts by  the defendant maniac Rebecca Pallmeyer, Frank Easterbrook, Diane Sykes, Michael Kanne , Robert Gettleman, Steve Gilman, Sheila Finnegan, Diane Wood, Stephen Linder, Christopher Dammons, Jason Wojdylo, Thomas Bruton, Christopher Conway, Sarah  Schrup, Collins Fitzpatrick,  Lorenzo Walker, Tiana Davis, Catrina , Livermore, Prose clerk 1,  as narrated  in the foregoing paragraphs are deliberately intended, criminally plotted,  planned,  maliciously and viciously carried out by

the defendants and the defendants intended to cause harm including bodily harm to Plaintiff.

228. The foregoing paragraphs will also inform the court and a jury these out of control maniacs -especially the mental case and perverted sadist evilest of all named Rebecca Pallmeyer and her "bedfellow:" felon who committed Felony extortionary ransom; Felony HIPAA crimes -Frank Eastercrook, are intoxicated with judicial arrogance and neurotic goons and out of control psychopath, mental case maniacs , who belongs in an asylum inside a high security Federal Prison .

229. These evil crooks with provable mental health and psychotic problems , are violent maniacs , blood thirsty ,crazy hounds with the rage of a serial killer, terrorists who carry guns and are *capable to commit murder* and to inflict other injuries to the Plaintiff , his family .

230. These white collar criminal crooks must be impeached on questionable mental health as these judicial terrorists are endangerment to the public.

231. The most perverted sadists of the gang in the ' cult'- raging blood thirsty hound Pallmeyer and Eastercrook possess the characteristics and homicidal tendencies of a serial killer who employed 'hired guns and hitmen' convicted felon Stephen Linder, Christopher Dammons and Jason Wojdylo pose a formidable serious 'clear and present danger' to the Plaintiff, his family and children and their property.

232. Based upon all the foregoing facts, pleadings, evidence, it is clearly evident the defendants pose an enormous threats to the security , safety of the Plaintiff Mr. Shekar and his household.

233. Defendants referred herein, are neurotic, perverted psychopath maniacs with a murderous rage and are capable of committing capital crimes like murder .

234.   Plaintiff seeks an Order  of Protection, Permanent injunction   and Restraining order that Pallmeyer, Easterbrook, Sykes, Kanne, Gettleman, Wood, Linder, Dammons, Wojdylo, Bruton, Conway, Schrup, Fitzpatrick,   anyone under their control and command  should never appear within  1000 feet of the plaintiff ; should not contact the plaintiff , his family in any form ,shape or manner which include Phone calls, E mails, U.S Mails et.

235.   Pursuant to ILCS 5/12-7.4; 720 ILCS 5/47-10 , 740 ILCS 21/5 Sec.5 ; 720 ILCS 5/47-15; 720 ILCS 5/8-4 (a), - Felony Solicitation , Conspiracy and attempt to commit an offense pursuant to  720 ILCS 5  (a) Criminal Code,  Article 8, Plaintiff seeks **injunctive relief** and requests this Honorable Court enter an Order of Protection , Permanent injunction and Restraining  order against all the defendants, and enter an order to enjoin the defendants that the defendants, its agents, its representatives   are  Prohibited and restrained from:

- Contacting. Communicating with Plaintiff , his family  in any form, shape or manner

- Prohibited and restrained from appearing,  approaching the Plaintiff within 1000 feet in any place including courthouse .

236.   Plaintiff seeks in addition the following relief:

i.   Justice requires that   Defendants be ordered to immediately  desist from continue to  engage in disparaging  and defamatory conduct

ii.   Permanent  injunction ordering  Defendants  to immediately cease any further  or continued disparagement , tortious interference in Plaintiff's cases, his filings in his cases ; any pending cases including 20-cv-837

iii.   Cease & Desist order issued on the defendants from contacting , communicating with Plaintiff, in any form,  shape  or manner  ; cease & desist from 'tailgating' the Plaintiff within 1000 feet   if and when he appears in his Plaintiff cases.

iv.   a standing warrant for arrest of the defendants referred herein, specifically fugitive felon Ruben Castillo, her evil successor Rebecca Pallmeyer; Frank Easterbrook, Diane Sykes, Thomas Bruton, Christopher Dammons, Jason Wojdylo , Stephen Linder, Christopher Conway, Sarah Schrup, James Richmond, Lorenzo Walker, Tiana Davis , without  any Rule to show cause requirement hearing  of any violations of the Restraining Order reported by the Plaintiff.

237. Notwithstanding the above,  Plaintiff will also be filing in State court , a  Petition for Order of Protection and Restraining order  against terrorists  Rebecca Pallmeyer, Frank Easterbrook, Diane Sykes, Michael Kanne , Robert Gettleman, Steve Gilman, Sheila Finnegan, Diane Wood, Stephen Linder, Christopher Dammons, Jason Wojdylo, Thomas Bruton, Christopher Conway, Sarah  Schrup, Collins Fitzpatrick,   Lorenzo Walker, Tiana Davis, Catrina , Livermore, Prose clerk 1, John Doe law clerk, Jane Doe law clerk (seventh circuit)

## V . REFERRAL FOR GRAND JURY INDICTMENT

**AGAINST DEFENDANTS RUBEN CASTILLO, REBECCA PALLMEYER ,FRANK EASTERBROOK, DIANE SYKES, DIANE WOOD, MICHAEL KANNE , ROBERT GETTLEMAN, RONALD GUZMAN, STEPHEN LINDER, THOMAS BRUTON, CHRISTOPHER CONWAY SARAH SCHRUP , CATRINA LIVERMORE, SHEILA FINNEGAN,  SHARON COLEMAN  , STEV GILMAN ,GINO AGNELLO , MAUREEN MERIN, COLLINS FITZPATRICK,  EMMERSON BUIE, JAMES DUFF , STEPHEN LINDER, JOHN LAUSCH,JAMES RICHMOND**

**PURSUANT TO CRIMINAL STATUTES 720 ILCS 5/8-4 (a) ;
720ILCS 5  (a) Criminal Code,  Article 8 –
Solicitation, Conspiracy and Attempt to Commit Felony**

238.  Plaintiff adopts and incorporates paragraphs 1- 237 of this complaint  as fully set forth herein.

239.  **United States Supreme Court:**

" judges, cloaked with absolute civil immunity for centuries, could be <u>punished</u> <u>criminally     for willful deprivations of constitutional rights</u>  on the strength of 18 U.S.C. § 242, the criminal analog of § 1983" , *O'Shea v. Littleton*, 414 U.S. 488, 503 (1974); cf. *Gravel v. United States,* 408 U.S. 606, 627 (1972)  " This Court ( U.S Supreme court) has <u>never</u> <u>suggested</u> that the policy considerations which compel civil immunity for certain governmental officials also place them <u>beyond the reach of the criminal law</u>. "  *Gravel*, Supra ; *Forrester  v. White* 484 U.S. 219,   (1988)

240. It is abundantly clear to prove beyond reasonable doubt in a criminal prosecution that the defendants  committed the following crimes:

> A.  **Federal crimes under Title 18 U.S. Code § 873 Blackmail , Criminal Extortion**
>
> B.  **Federal crimes under Title 18 U.S. Code   § 2261**
>
> C.  **Criminal Violations of HIPAA**
>
> D.  **Class 3 Felony State crimes under <u>ILCS 5/32–13  and 12-6</u>**
>
> E.  **Felony  Solicitation, Conspiracy and Attempt to commit First Degree Felony**
>
> pursuant to  720 ILCS 5/8-4 (a) pursuant to  720 ILCS 5  (a) Criminal Code

241. Plaintiff seeks a **REFERRAL** to the Attorney General of the United States Department of Justice  Honorable Merrick Garland and to the Deputy United States Attorney General for Civil Rights Division, USDOJ , Honorable Vanita Gupta  for a Federal Grand Investigation leading to Indictment, Arrests, Prosecution and Conviction of the defendant felons Rebecca Pallmeyer, Ruben Castillo, Frank Easterbrook, Diane Sykes, Diane Wood, Michael Kanne, Robert Gettleman,  Sheila Finnegan, Sharon Coleman, Amy Barrett, Christopher Conway, Thomas

Bruton, James Richmond, Gino Agnello, , Tiana Davis, Lorenzo Walker, Catrina  Livermore,

Collins Fitzpatrick  , Sarah Schrup ,Steve Gilman   and to bring these felons  to justice.

242. As stated in opening paragraphs , any inappropriate appearances and  <u>free defense abusing  tax payers monies</u>   by any DOJ attorney for the defendants will be vigorously objected with *Memorandum of Law* and supported with   U.S .Supreme court  authorities and will be filed to support  disqualification of any DOJ counsel, appearing for any defendants .  Additionally , ther also exist conflict of intertest for DOJ , as the Plaintiff is seeking a REFERAL for  Federal Grand Jury Indictment  through U.S Dept  of Justice.

## <u>JURY DEMAND</u>

Plaintiff seeks Twelve Person  Jury Demand for Trier of all facts on all  counts.

Respectfully Submitted,

**By:  <u>/s/Roger Shekar</u>**
            Plaintiff

Dated: July 15 ,  2022

Roger Shekar, P.E; M,.B.A; LL.B
c/o Justice Clinic
950 Plum Grove
P.O.Box  1085
Schaumburg, IL 60168-1085